```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0176--CV (RRB)
             "JULIA WALKER ET AL V DAVID D. HENDERSON ET AL"

         Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/26/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   CIVIL RIGHTS/WRONGFUL DEATH
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/26/05 receipt # 00126218
         Trial by: Jury


Parties of Record:                        Counsel of Record:

PLF 1.1           WALKER, JULIA             Erik J. Heipt
                                            Budge & Heipt PLLC
                                            705 2nd Avenue, Suite 910
                                            Seattle, WA 98104
                                            206-624-3060
                                            FAX 206-621-7323

                                            Edwin S. Budge
                                            Budge & Heipt PLLC
                                            705 2nd Avenue, Suite 910
                                            Seattle, WA 98104
                                            206-624-3060
                                            FAX 206-621-7323

PLF 2.1           WALLACE, TROY, ESTATE OF  Erik J. Heipt
                                            (see above)

                                            Edwin S. Budge
                                            (see above)

DEF 1.1           HENDERSON, DAVID D.       Paula M. Jacobson
                                            Attorney General's Office
                                            1031 W. 4th Avenue, Suite 200
                                            Anchorage, AK 99501
                                            907-269-5190
                                            FAX 907-258-0760

DEF 2.1           MURRAY, LAURI A.          Paula M. Jacobson
                                            (see above)

DEF 3.1           RUD, WALTER T.            Paula M. Jacobson
                                            (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0176--CV (RRB)
        "JULIA WALKER ET AL V DAVID D. HENDERSON ET AL"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 4.1 | DAVIS, SHERRI L. | Paula M. Jacobson (see above) |
| DEF 5.1 | IRIZARRY, EDWIN D. | No counsel found for this party! |
| DEF 6.1 | MONTECILLO, LINDA | Paula M. Jacobson (see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0176--CV (RRB)
        "JULIA WALKER ET AL V DAVID D. HENDERSON ET AL"

                     For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/26/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    CIVIL RIGHTS/WRONGFUL DEATH
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/26/05 receipt # 00126218
          Trial by: Jury


Document #   Filed      Docket text

     1 -  1  07/26/05   Complaint filed.

     2 -  1  07/26/05   PLF 1-2 motion (application) for special admission pro hac vice of Edwin
                        S. Budge

     3 -  1  07/26/05   PLF 1-2 motion (application) for special admission pro hac vice for Erik
                        J. Heipt.

     2 -  2  07/27/05   RRB Order granting motion (application) for special admission pro hac
                        vice of Edwin S. Budge (2-1).  cc: cnsl

     3 -  2  07/27/05   RRB Order granting motion (application) for special admission pro hac
                        vice for Erik J. Heipt (3-1).  cc: cnsl

  NOTE -  1  08/04/05   Issued: summons re: DEF 1-6.

     4 -  1  09/22/05   RRB Minute Order plf required to file proofs of serivce to comply with
                        Rule 4(m).

     5 -  1  09/22/05   DEF 1-4; 6 Unopposed motion for extension of time until 10/30/05 to file
                        an answer to the complaint.

     6 -  1  09/26/05   RRB Order granting unopposed motion for extension of time until 10/30/05
                        to file an answer (5-1).  cc: cnsl

     7 -  1  09/29/05   PLF 1-2 Return of Service Executed re: DEF 1 on 8/11/05.

     8 -  1  09/29/05   PLF 1-2 Return of Service Executed re: DEF 2 on 8/23/05.

     9 -  1  09/29/05   PLF 1-2 Return of Service Executed re: DEF 3 on 8/22/05.

    10 -  1  09/29/05   PLF 1-2 Return of Service Executed re: DEF 4 on 8/11/05.

    11 -  1  09/29/05   PLF 1-2 Return of Service Executed re: DEF 6 on 8/11/05.

    12 -  1  10/31/05   DEF 1-4; 6 Attorney Appearance of Paula M. Jacobson (AAG-200).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0176--CV (RRB)
                       "JULIA WALKER ET AL V DAVID D. HENDERSON ET AL"

                                      For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 13 - | 1 | 10/31/05 | DEF 1-4; 6 Answer to Complaint. |
| 14 - | 1 | 11/01/05 | RRB Minute Order Dismissal for Failure to Serve (Warning).  Any def as to whom proof of service is not on file by 120 days form the filing of the complaint will be dismissed.  cc: cnsl |
| 15 - | 1 | 11/08/05 | PLF 1-2; DEF 1-4; 6 Scheduling & Planning Conference Report. |
| 16 - | 1 | 11/14/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/01/06; Dispositive motions deadline 08/04/06; Estimate of trial 10 days; TBJ. cc: cnsl |