FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 4: 05

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO, <br><br> Defendants. | Case No. A05-176 CV RBB |

## NON-OPPOSITION TO MOTION TO AMEND COMPLAINT

Defendants Henderson, Murray, Rud, Davis and Montecillo do not oppose plaintiff's Motion to Amend Complaint to Add (an) Additional Party.

DATED this 14th day of December, 2005 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Paula M. Jacobson
Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing is being mailed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA 98104

*Heather R. Hebdon  12/14/05*
Heather R. Hebdon          Date