FILED

DEC 16 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
E/_____
_____Deputy

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

<u>JULIA WALKER</u>   v.   <u>DAVID D. HENDERSON, et al.</u>

DATE: <u>  December 16, 2005  </u>  CASE NO. <u>  A05-0176 CV (RRB)  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND COMPLAINT**

---

Plaintiff filed a Motion to Amend Complaint to Add Additional Party at Docket 17, and Defendants filed a Non-Opposition thereto at Docket 18. Plaintiff's Motion to Amend Complaint is hereby **GRANTED**. Plaintiff shall file and serve her Amended Complaint.

0
A05-0176--CV (RRB)
-------------------------------------
P. JACOBSON (AAG-200)
E. BUDGE
CPB  12/16/05

19