**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, | NO. A05-0176 CV (RRB) |
| Plaintiffs, | DECLARATION OF EDWIN S. BUDGE |
| v. | |
| DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D. | |
| Defendants. | |

EDWIN S. BUDGE declares as follows:

DECLARATION OF
EDWIN S. BUDGE                              1

1. I am one of the attorneys for the plaintiff in this matter. I have personal knowledge of the matters stated herein and am otherwise competent to testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Adjudicating Intestacy and Heirship, Appointing Administrator and Waiving Bond issued by the King County Superior Court in Seattle, Washington in the following case: <u>In the Matter of the Estate of Troy Alvin Wallace, Deceased</u>, Cause No. 05-4-03464-2SEA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 3rd day of January, 2006 at Seattle, Washington.

_____
Edwin S. Budge

DECLARATION OF
EDWIN S. BUDGE                                2

RECEIVED
KING COUNTY, WASHINGTON
JUL 0 7 2005
DEPARTMENT OF
JUDICIAL ADMINISTRATION

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

In the Matter of the Estate of

TROY ALVIN WALLACE,

Deceased.

NO. 05-4-03464-2 SEA

ORDER ADJUDICATING
INTESTACY AND HEIRSHIP,
APPOINTING ADMINISTRATOR,
AND WAIVING BOND

THIS MATTER having come before the undersigned Judge/Commissioner of the above-entitled Court upon the Petition of Julia Walker, by and through the Petitioner's attorney, P. Stephen Aita, and the Court having read the verified Petition and being fully advised in the premises; NOW, THEREFORE,

IT IS ORDERED that Troy Alvin Wallace (the "Decedent") is adjudged to have died intestate on July 24, 2004 and was a resident of the State of Washington;

IT IS FURTHER ORDERED that Julia Walker is hereby appointed as Administrator of the Estate; she is the person nominated to serve as Administrator, is legally qualified to act as the Administrator, and is not a creditor of the Estate;

ORDER ADJUDICATING INTESTACY AND HEIRSHIP,
APPOINTING ADMINISTRATOR, AND WAIVING BOND
- 1

RICCI GRUBE AITA, PLLC
1080 BROADACRES BUILDING
1601 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

COPY

Exhibit A

IT IS FURTHER ORDERED that, upon filing her Oath, the Administrator shall serve without bond;

IT IS FURTHER ORDERED that the names and addresses of the heirs who survive the Decedent are as listed herein, and they are the persons entitled to receive the Decedent's Estate as his heirs at law:

Name: Julia Walker
Address: 3106 Cedardale Rd.
Mt. Vernon, WA 98274

Name: Dennis J. Hruby
Address: 8513 Camelia Dr.
Riverside, CA 92504

IT IS FURTHER ORDERED that ORDER OF SOLVENCY IS RESERVED.

JUL 0 1 2005

DONE IN OPEN COURT this ____ day of _____ 2005.

Comm. Roderick Simmons, pro tem
~~Judge~~/Court Commissioner

Presented by:

RICCI GRUBE AITA, PLLC

By: /s/ P. Stephen Aita
P. Stephen Aita, WSBA #26118
Attorney for Petitioner

ORDER ADJUDICATING INTESTACY AND HEIRSHIP,
APPOINTING ADMINISTRATOR, AND WAIVING BOND
- 2

RICCI GRUBE AITA, PLLC
1080 BROADACRES BUILDING
1601 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607