Erik J. Heipt, *pro hac vice*
erik@budgeandheipt.com
Edwin S. Budge, *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, AND LINDA MONTECILLO, AND ERNEST MELOCHE, M.D.,<br><br>    Defendants. | NO. A05-0176 CV (RRB)<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS STATE LAW CLAIMS WITHOUT PREJUDICE<br><br>(Proposed) |

This matter came before the Court on Defendants' Motion to Dismiss State Law Claims Without Prejudice.

ORDER                                                   1

The Court has considered the motion and materials filed in support thereof and in opposition thereto and orders that the motion is hereby denied.

DATED this ___ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Judge

ORDER                               2