**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>        Plaintiffs,<br><br>v.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, AND LINDA MONTECILLO, AND ERNEST MELOCHE, M.D.,<br><br>        Defendants. | NO. A05-0176 CV (RRB)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES<br><br>(Proposed) |

This matter came before the Court on Plaintiff's Motion to Compel Discovery Responses.

The Court has considered the motion and materials filed in support thereof and in opposition thereto and orders that the motion is hereby granted. Within fourteen days from entry

ORDER 1

of this order, defendants Henderson, Murray, Rud, Davis and Montecillo shall provide full and complete answers to Plaintiff's Interrogatory Nos. 7 and 8 and produce the materials requested by Plaintiff's Request for Production No. 2. Defendants' objections to the aforementioned discovery requests are overruled.

DATED this ___ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Judge

ORDER                                    2