**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs


# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA


| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D., <br><br> Defendants. | NO. A05-0176 CV (RRB) <br><br> DECLARATION OF EDWIN S. BUDGE |

EDWIN S. BUDGE declares as follows:


DECLARATION OF
EDWIN S. BUDGE                    1

1.    I am one of the attorneys for the plaintiff in this matter.  I have personal knowledge of the matters stated herein and am otherwise competent to testify thereto.

2.    Plaintiff issued a first set of identical discovery requests to the subject defendants. On or about December 5, 2005, the subject defendants provided objections and responses to those requests.  A true and correct copy of Plaintiff's First Discovery Requests together with the responses of each subject defendant are attached hereto as Exhibit A.  Interrogatory Nos. 7 and 8 and Request for Production No. 2 (and the responses thereto) are the same in the case of each defendant.

3.    I attempted to avoid the necessity of filing Plaintiff's Motion to Compel Discovery Responses by first conferring with opposing counsel.  Despite so conferring, we were unable to reach agreement with regard to the issues that are the subject of the motion.

4.    At the request of defense counsel, I have signed a protective order in order to preserve the confidentiality of certain information deemed sensitive by the defense.  A true and correct copy of the protective order is attached hereto a Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 6 day of January, 2006 at Seattle, Washington.

_____
Edwin S. Budge

DECLARATION OF
EDWIN S. BUDGE                    2

DECLARATION OF EDWIN S. BUDGE
EXHIBIT A



DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as )
Personal Representative of the ESTATE OF )
TROY WALLACE )
                                        )
              Plaintiffs,               )
                                        )
        vs.                             )
                                        )
DAVID D. HENDERSON, LAURI A.            )
MURRAY, WALTER T. RUD, SHERRI L.        )
DAVIS, EDWIN D. IRIZARRY, and LINDA     )
MONTECILLO,                             )
                                        )
              Defendants.               )    Case No. A05-176 CV
                                        )

**DEFENDANT MONTECILLO'S REPONSES TO PLAINTIFF'S**
**FIRST DISCOVERY REQUESTS**

Comes now defendant Linda Montecillo, through counsel, and answers

plaintiff's first discovery requests as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**    State the name, current address, and telephone

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

number of each person who you believe has knowledge relating to your defenses in this case, and summarize the knowledge you believe each such person to have.

**RESPONSE:**    See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 2:**    State the name, current address, and phone number of each person from whom you expect to elicit expert opinion testimony at trial, and for each person, state the matters about which each expert witness is expected to testify.

**RESPONSE:**    This Interrogatory will be answered at the time expert disclosure is ordered to be exchanged by the parties.

**INTERROGATORY NO. 3:**    State the name, current address, and telephone number of each lay witness you intend to call at trial, and state the matters about which each such witness is expected to testify.

**RESPONSE:**    See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 4:**    Identify all persons participating in answering or responding to these discovery requests, and identify the interrogatory or document request for which each person participated in answering or responding.

**RESPONSE:**    Linda Montecillo

**INTERROGATORY NO. 5:**    Please briefly describe your employment history since high school (place of employment, position, dates worked there, reason for leaving), including any service in the military or National Guard.

Responses to First Discovery to Montecillo
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 2 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**RESPONSE:**    <u>8/82 to 12/91</u>
Employer: Ketchikan General Hospital
Position:   Nurse's Assistant; Certified Nurse, Surgical Technician; Registered Nurse.
Reason for Leaving: Due to complications after pregnancy I needed a less physical demanding job.

<u>12/91 to present</u>
Employer:  State of Alaska, Department of Corrections
Position: Nurse

**INTERROGATORY NO. 6:**    State whether you've ever been a plaintiff or a defendant on a lawsuit other than this one. As to each, state the date filed, the nature of the action, the names of the parties, the court in which it was filed, the cause number, and the final disposition.

**RESPONSE:**    Objection.  This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 7:**    Have you ever been accused of misconduct, negligence, dereliction of duty, or any other wrongdoing in connection with your employment with the State of Alaska? If so, identify:

a.  The name(s) of the individual(s) who so accused so;

b.  The date of the event(s) on which the accusation is based;

c.  The names of all individuals involved; and

d.  A description of what happened.

**RESPONSE:**    Objection.  This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

Responses to First Discovery to Montecillo
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 3 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**INTERROGATORY NO. 8:**    Have you ever been the subject of, or a participant, in any investigation or inquiry in connection with your employment with the State of Alaska? If so, please describe the general nature of the investigation or inquiry, the date(s) of the investigation or inquiry, and the names of all individuals involved.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**    Produce all documents that mention, reference, or relate to Troy Wallace.

**RESPONSE:**    See Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 2:**    Produce your employment file with the State of Alaska.

**RESPONSE:**    Objection. State personnel records are confidential pursuant to A.S. 39.25.080; Alaska Constitution Article I, Section 22. Not withstanding this objection, the information listed at AS 39.25.080(b)(1-7) will be made available subject to "reasonable regulations on the time and manner of inspection".

**REQUEST FOR PRODUCTION NO. 3:**    Produce all calendars, journals, diaries, logs, notes, letters, or any other writing that mentions any aspect of the subject incident (defined above) or which otherwise elates in any way to the subject incident or to any of the allegations raised in the Complaint in this case.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Montecillo
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 4 of 7

**RESPONSE:**        See Initial Disclosures.  This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 4:**        Produce all documents that you believe support your defenses in this case.

**RESPONSE:**        Please see defendant's initial disclosure. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 5:**        Produce all written or recorded statements, declarations, or affidavits that you have obtained from any person that relates in any way to this case.

**RESPONSE:**        See Initial Disclosures.  This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 6:**        Produce all policies, guidelines, instructions, and/or standards of conduct that govern or direct the nature of your work for the State of Alaska Department of Corrections.

**RESPONSE:**        The Alaska Department of Corrections policies and procedures can be found on line at: http://www.correct.state.ak.us/corrections/pnp/Master_TOC.htm. The following documents are being produced:  Alaska Department of Corrections Nursing Protocols (document numbers NUR PROT 001 through 071) and DOC Alcohol Withdrawal Guidelines (document numbers AWG 001 through 004).

Responses to First Discovery to Montecillo
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 5 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED this ___5th___ day of December, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of
the foregoing is being mailed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA 98104

_Heather R. Hebdon_    12/5/05
Heather R. Hebdon            Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Montecillo
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 6 of 7

**VERIFICATION**

STATE OF ALASKA                    )
                                   )
FIRST JUDICIAL DISTRICT            )

_____ Being first duly sworn upon oath, deposes and says:

I have read the foregoing answers and responses to these interrogatories and requests

for production, know the contents thereof, and believe the same to be true.


_____

Linda Montecillo


DATED this _____ day of _____, 2005 at _____.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Montecillo
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 7 of 7

## VERIFICATION

STATE OF ALASKA        )
                               )

FIRST JUDICIAL DISTRICT   )

_____ Being first duly sworn upon oath, deposes and says:

I have read the foregoing answers and responses to these interrogatories and requests

for production, know the contents thereof, and believe the same to be true.

Linda Montecillo

DATED this _7TH_ day of _December_ , 2005 at _1454_ .

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Montecillo
_Walker, et al. v. Henderson, et al._
Case No. A05-176 CV
Page 7 of 7

ALASKA DEPARTMENT OF CORRECTIONS NURSING PROTOCOLS
IX. SUBSTANCE ABUSE

IXc.   CNS DEPRESSANT WITHDRAWAL

S:     Type of drug
       Frequency, amount, duration of use
       Reason for drug, prescribing MD(s)
       Hx withdrawal and/or seizures
       Other drug/ETOH hx
       Other medical problems/medications

O:     VS, including orthostatics, RR, temperature
       Tremor
       Seizure
       Orientation, mental status, emotional status
       Hallucinations

A:     CNS depressant withdrawal (increased VS or orthostasis, tremor, seizure, anxiety,
              delirium, hallucinations)

P:     Contact IHCO/Physician
       If necessary call 911 for transfer to Hospital ER


_____        _____
Approved by DOC Medical Advisory Committee          Date

File:CNSWITH

# D.O.C.
## ALCOHOL WITHDRAWAL GUIDELINES

Nurses are required to have orders from the IHCO, HCOO, or physician prior to initiating these protocols.  Contact IHCO, HCOO, or physician for any questions or concerns.
*Note that treatment of alcohol withdrawal is to be initiated when medically indicated and is not to be delayed because of scheduled court appearances or other administrative considerations.*

## ALCOHOL

About 5% of alcohol dependent patients develop alcohol withdrawal delirium with symptoms usually starting as early as 6 hours and as late as 72 hours after a significant reduction in alcohol intake.  The mortality rate for alcohol withdrawal delirium is now less than 3% with aggressive treatment, with mortalities clustering in patients with other illnesses or organ damage and with a history of multiple detoxification episodes.  The factor most associated with complications of withdrawal is a delay in recognizing and treating the withdrawal state before it reaches full-blown delirium.  Peak intensity of symptoms usually occurs on day 3, and symptoms usually resolve in 4-6 days.  Delirium may persist longer in patients with preexisting compromised brain function.

### Symptoms of ETOH withdrawal
Patients with a history consistent with alcohol dependence and any symptoms of alcohol withdrawal should be promptly referred to the IHCO.   Symptoms of alcohol withdrawal include: confusion, intermittent disorientation or a fluctuating level of consciousness (delirium), hallucinations (usually visual before auditory), tachycardia and hypertension (autonomic lability), tremor, diaphoresis, fever, insomnia, anorexia, nausea and vomiting, agitation, and seizures.  The cardinal features of alcohol withdrawal delirium are: disorientation, hallucinations, and autonomic lability, however in patients with preexisting impaired brain function the autonomic lability can be minimal but the withdrawal still requires treatment.

The pathonomonic sign of alcohol withdrawal delirium is confusion, disorientation and a fluctuating level of consciousness , as opposed to a clear sensorium (no delirium) in a functional psychosis and in alcoholic hallucinosis.

### Refusal of treatment
Inmates that refuse treatment must be assessed by the IHCO or HCOO to determine if a medical emergency exists which would override the patient's right to refuse treatment.  Generally in alcohol withdrawal delirium the patient clearly meets the criteria for a medical emergency.  Refer to P&P 807.08 regarding waiver of informed consent.  While a physician is required to determine if a prisoner "does not have capacity to give consent", any DOC health care practitioner can determine that an emergency exists "that requires immediate medical intervention".  For purposes of treating alcohol withdrawal the medical regimen does not fall under the category of "psychotropic medications", therefore the psychotropic involuntary medication policy does not apply.

Name: _____                    DOB: _____    OBSCIS#: _____

# ALASKA DOC MEDICAL GUIDELINE

# ALCOHOL WITHDRAWAL

**Subjective:**    Time of Last Drink _____

Amount, duration, and frequency of alcohol consumed prior to incarceration _____

Other meds taken _____

Hx of diabetes ☐ hypertension ☐ seizures ☐ Other _____

Patient complains of:

☐ Nausea        ☐ Vomiting        ☐ Feelings of nervousness

☐ Headache      ☐ Headache        ☐ Tremors Where?

☐ Visual Disturbances  ☐ Tactile Disturbances  ☐ Auditory Disturbances

☐ Oriented to day, place, person  ☐ Hallucinations

**Objective:**    Vital Signs: BRAC _____ Temp _____ Pulse _____ Resp _____ B/P _____ Wt _____

Oriented x 3:    ☐ Alert          ☐ Hallucinating

Evidence of sweating:    ☐ Mild    ☐ Mod    ☐ Severe _____

Evidence of tremors:     ☐ mild    ☐ Mod    ☐ Severe _____

Irritability:            ☐ Mild    ☐ Mod    ☐ Severe _____

Diarrhea: Color/frequency _____

☐ Seizure: Description _____

Affect: ☐ Labile    ☐ Stable

**Assessment Decision:**    Acute Alcohol Withdrawal

Dx: _____

Dx: _____

**Plan:**    If patient shows only signs of mild symptoms of withdrawal, tremulousness, irritability, anorexia, nausea, and occasional hallucinations, treat as follows:

1.  Place inmate on a bottom bunk or on the floor.
2.  Repeat vital signs every 6 hours.
3.  Thiamine 100 mg IM stat.
4.  Thiamine 100 mg PO q day for 4 days
5.  Clorazepate 30 mg PO stat.
6.  Clorazepate 15 mg PO q 6 hours on day 1.
7.  Clorazepate 15 mg. PO q 8 hours on day 2.
8.  Clorazepate 15 mg PO q 8 hours on day 3.
9.  Clorazepate 15 mg PO q 12 hours on day 4.
10. Clorazepate 15 mg at HS on day 5.
11. Clorazepate 15 mg one dose PRN on day 1 and 2 in addition to doses prescribed above.
12. If within 6 hours of court, a dose of Clorazepate may be postponed.
13. Phenothiazine 25 mg IM q 4-6 hrs. PRN nausea and vomiting OR Hydroxyzine 50 mg IM q 8 PRN
14. Lorazepam 1-2 mg IM q 6 hrs. until patient is able to tolerate PO meds.
15. Clonidine 0.1 mg tid if pulse or diastolic blood pressure is above 100 for 5 days..
16. Notify medical provider immediately if patient is markedly dehydrated, fever over 101, severe agitation, seizures, severe DTs, airway problems, or other concerns.
17. Other: _____

Provider contacted: _____

                              Name                                          Time

Orders received: _____

_Department of Corrections_
_MAC Approved 7/8/00_

AWG 003

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as )
Personal Representative of the ESTATE OF )
TROY WALLACE )
 )
          Plaintiffs, )
 )
      vs. )
 )
DAVID D. HENDERSON, LAURI A. )
MURRAY, WALTER T. RUD, SHERRI L. )
DAVIS, EDWIN D. IRIZARRY, and LINDA )
MONTECILLO, )
 )
          Defendants. )    Case No. A05-176 CV
_____ )

**DEFENDANT RUD'S RESPONSES TO PLAINTIFF'S**
**FIRST DISCOVERY REQUESTS**

Comes now defendant Walter Rud through counsel, and answers plaintiff's

first discovery requests as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**    State the name, current address, and telephone

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

number of each person who you believe has knowledge relating to your defenses in this case, and summarize the knowledge you believe each such person to have.

**RESPONSE:**    See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 2:**    State the name, current address, and phone number of each person from whom you expect to elicit expert opinion testimony at trial, and for each person, state the matters about which each expert witness is expected to testify.

**RESPONSE:**    This Interrogatory will be answered at the time expert disclosure is ordered to be exchanged by the parties.

**INTERROGATORY NO. 3:**    State the name, current address, and telephone number of each lay witness you intend to call at trial, and state the matters about which each such witness is expected to testify.

**RESPONSE:**    See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 4:**    Identify all persons participating in answering or responding to these discovery requests, and identify the interrogatory or document request for which each person participated in answering or responding.

**RESPONSE:**    Walter Rud

**INTERROGATORY NO. 5:**    Please briefly describe your employment history since high school (place of employment, position, dates worked there, reason for leaving), including any service in the military or National Guard.

Responses to First Discovery to Rud
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 2 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**RESPONSE:**

6/91 to 12/91
Employer:  Union 76 Service Station
Position:  Mechanic's Assistant
Reason for Leaving:  Better working opportunity.

12/91 to 6/03
Employer:  Southeast Stevedoring Corp.
Position:  Mechanic's Assistant to Lead Mechanic
Reason for Leaving:  Change of career.

6/03 to present
Employer:  State of Alaska, Department of Corrections
Position:  Correctional Officer Recruit; Correctional Officer II

**INTERROGATORY NO. 6:**    State whether you've ever been a plaintiff or a defendant on a lawsuit other than this one.  As to each, state the date filed, the nature of the action, the names of the parties, the court in which it was filed, the cause number, and the final disposition.

**RESPONSE:**    Objection.  This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 7:**    Have you ever been accused of misconduct, negligence, dereliction of duty, or any other wrongdoing in connection with your employment with the State of Alaska?  If so, identify:

a.  The name(s) of the individual(s) who so accused so;

b.  The date of the event(s) on which the accusation is based;

c.  The names of all individuals involved; and

d.  A description of what happened.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Rud
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 3 of 7

**RESPONSE:**    Objection.   This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 8:**    Have you ever been the subject of, or a participant, in any investigation or inquiry in connection with your employment with the State of Alaska? If so, please describe the general nature of the investigation or inquiry, the date(s) of the investigation or inquiry, and the names of all individuals involved.

**RESPONSE:**    Objection.   This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**    Produce all documents that mention, reference, or relate to Troy Wallace.

**RESPONSE:**    See Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 2:**    Produce your employment file with the State of Alaska.

**RESPONSE:**    Objection.   State personnel records are confidential pursuant to A.S. 39.25.080; Alaska Constitution Article I, Section 22. Not withstanding this objection, the information listed at AS 39.25.080(b)(1-7) will be made available subject to "reasonable regulations on the time and manner of inspection".

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Rud
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 4 of 7

**REQUEST FOR PRODUCTION NO. 3:**     Produce all calendars, journals, diaries, logs, notes, letters, or any other writing that mentions any aspect of the subject incident (defined above) or which otherwise elates in any way to the subject incident or to any of the allegations raised in the Complaint in this case.

**RESPONSE:**     See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 4:**     Produce all documents that you believe support your defenses in this case.

**RESPONSE:**     See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 5:**     Produce all written or recorded statements, declarations, or affidavits that you have obtained from any person that relates in any way to this case.

**RESPONSE:**     See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 6:**     Produce all policies, guidelines, instructions, and/or standards of conduct that govern or direct the nature of your work for the State of Alaska Department of Corrections.

**RESPONSE:**     The Alaska Department of Corrections policies and procedures can be found on line at: http://www.correct.state.ak.us/corrections/pnp/Master_TOC.htm.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Rud
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 5 of 7

DATED this _5th_ day of December, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____

Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of
the foregoing is being mailed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA 98104

Heather R. Hebdon    12/5/05

Heather R. Hebdon                Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Rud
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 6 of 7

1

## **VERIFICATION**

2

STATE OF ALASKA                    )
                                   )
3

FIRST JUDICIAL DISTRICT        )

4

5    _____ Being first duly sworn upon oath, deposes and says:

6         I have read the foregoing answers and responses to these interrogatories and requests

7

for production, know the contents thereof, and believe the same to be true.

8

9

10    *Walter T Rud*
      Walter T. Rud

11

12    DATED this _8th_ day of _December_ , 2005 at _7:49_ .

13

14

15

16

17

18

19

20

21

22

23

24

25

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

26    Responses to First Discovery to Rud
      *Walker, et al. v. Henderson, et al.*
      Case No. A05-176 CV
      Page 7 of 7

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as )
Personal Representative of the ESTATE OF )
TROY WALLACE )
                                          )
            Plaintiffs, )
                                          )
     vs. )
                                          )
DAVID D. HENDERSON, LAURI A. )
MURRAY, WALTER T. RUD, SHERRI L. )
DAVIS, EDWIN D. IRIZARRY, and LINDA )
MONTECILLO, )
                                          )
            Defendants. )    Case No. A05-176 CV
_____)

**DEFENDANT DAVIS'S RESPONSES TO PLAINTIFF'S**
**FIRST DISCOVERY REQUESTS**

Comes now defendant Sherri Davis through counsel, and answers plaintiff's

first discovery requests as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**    State the name, current address, and telephone

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

number of each person who you believe has knowledge relating to your defenses in this case, and summarize the knowledge you believe each such person to have.

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 2:**    State the name, current address, and phone number of each person from whom you expect to elicit expert opinion testimony at trial, and for each person, state the matters about which each expert witness is expected to testify.

**RESPONSE:**        This Interrogatory will be answered at the time expert disclosure is ordered to be exchanged by the parties

**INTERROGATORY NO. 3:**    State the name, current address, and telephone number of each lay witness you intend to call at trial, and state the matters about which each such witness is expected to testify.

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 4:**    Identify all persons participating in answering or responding to these discovery requests, and identify the interrogatory or document request for which each person participated in answering or responding.

**RESPONSE:**        Sherri Davis

**INTERROGATORY NO. 5:**    Please briefly describe your employment history since high school (place of employment, position, dates worked there, reason for leaving), including any service in the military or National Guard.

Responses to First Discovery to Davis
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 2 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**RESPONSE:**        1986 to 1987
                     Employer: Sea-Tac Airport
                     Position: Security Officer
                     Reason for Leaving: Better paying job

                     1988 to present
                     Employer: State of Alaska, Department of Corrections
                     Position: Correctional Officer

**INTERROGATORY NO. 6:**        State whether you've ever been a plaintiff or a defendant on a lawsuit other than this one.  As to each, state the date filed, the nature of the action, the names of the parties, the court in which it was filed, the cause number, and the final disposition.

**RESPONSE:**        Objection.  This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 7:**        Have you ever been accused of misconduct, negligence, dereliction of duty, or any other wrongdoing in connection with your employment with the State of Alaska?  If so, identify:

   a.  The name(s) of the individual(s) who so accused so;

   b.  The date of the event(s) on which the accusation is based;

   c.  The names of all individuals involved; and

   d.  A description of what happened.

**RESPONSE:**        Objection.  This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Davis
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 3 of 7

**INTERROGATORY NO. 8:**    Have you ever been the subject of, or a participant, in any investigation or inquiry in connection with your employment with the State of Alaska? If so, please describe the general nature of the investigation or inquiry, the date(s) of the investigation or inquiry, and the names of all individuals involved.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**    Produce all documents that mention, reference, or relate to Troy Wallace.

**RESPONSE:**    See Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 2:**    Produce your employment file with the State of Alaska.

**RESPONSE:**    Objection.  State personnel records are confidential pursuant to A.S. 39.25.080; Alaska Constitution Article I, Section 22.  Not withstanding this objection, the information listed at AS 39.25.080(b)(1-7) will be made available subject to "reasonable regulations on the time and manner of inspection".

**REQUEST FOR PRODUCTION NO. 3:**  Produce all calendars, journals, diaries, logs, notes, letters, or any other writing that mentions any aspect of the subject incident (defined above) or which otherwise elates in any way to the subject incident or to any of the allegations raised in the Complaint in this case.

Responses to First Discovery to Davis
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 4 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 4:**        Produce all documents that you believe support your defenses in this case.

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 5:**        Produce all written or recorded statements, declarations, or affidavits that you have obtained from any person that relates in any way to this case.

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 6:**        Produce all policies, guidelines, instructions, and/or standards of conduct that govern or direct the nature of your work for the State of Alaska Department of Corrections.

**RESPONSE:**        The Alaska Department of Corrections' policies and procedures can be found on line at: http://www.correct.state.ak.us/corrections/pnp/Master_TOC.htm.

Responses to First Discovery to Davis
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 5 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED this __5ᵗʰ__ day of December, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of
the foregoing is being mailed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA 98104

_Heather R. Hebdon_  12/5/05
Heather R. Hebdon                    Date

Responses to First Discovery to Davis
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 6 of 7

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

## **VERIFICATION**

STATE OF ALASKA                    )
                                   )
FIRST JUDICIAL DISTRICT            )

_____ Being first duly sworn upon oath, deposes and says:

I have read the foregoing answers and responses to these interrogatories and requests

for production, know the contents thereof, and believe the same to be true.


_Sherri L. Davis_
Sherri L. Davis


DATED this _8_ day of _December_, 2005 at _2248 hours_.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Davis
_Walker, et al. v. Henderson, et al._
Case No. A05-176 CV
Page 7 of 7

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as            )
Personal Representative of the ESTATE OF     )
TROY WALLACE                                 )
                                             )
              Plaintiffs,                    )
                                             )
       vs.                                   )
                                             )
DAVID D. HENDERSON, LAURI A.                 )
MURRAY, WALTER T. RUD, SHERRI L.             )
DAVIS, EDWIN D. IRIZARRY, and LINDA          )
MONTECILLO,                                  )
                                             )
              Defendants.                    )    Case No. A05-176 CV
_____)

**DEFENDANT HENDERSON'S RESPONSES TO PLAINTIFF'S**
**FIRST DISCOVERY REQUESTS**

Comes now defendant David Henderson, through counsel, and answers plaintiff's first discovery requests as follows:

## INTERROGATORIES

**INTERROGATORY NO. 1:**    State the name, current address, and telephone

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

number of each person who you believe has knowledge relating to your defenses in this case, and summarize the knowledge you believe each such person to have.

**RESPONSE:**      See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 2:**      State the name, current address, and phone number of each person from whom you expect to elicit expert opinion testimony at trial, and for each person, state the matters about which each expert witness is expected to testify.

**RESPONSE:**      This Interrogatory will be answered at the time expert disclosure is ordered to be exchanged by the parties.

**INTERROGATORY NO. 3:**      State the name, current address, and telephone number of each lay witness you intend to call at trial, and state the matters about which each such witness is expected to testify.

**RESPONSE:**      See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 4:**      Identify all persons participating in answering or responding to these discovery requests, and identify the interrogatory or document request for which each person participated in answering or responding.

**RESPONSE:**      David Henderson

**INTERROGATORY NO. 5:**      Please briefly describe your employment history since high school (place of employment, position, dates worked there, reason for leaving), including any service in the military or National Guard.

Responses to First Discovery to Henderson
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 2 of 8

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**RESPONSE:**     Part time and seasonal work are too numerous to list and not

date specific. Many of these short jobs were between times of employment or while going

to college. The more significant jobs are the following:

> ? – 1966
> Employer: Hanson's Transfer & Motor
> Position: Mechanics Apprentice
> Reason for Leaving: Joined the Navy

> 1966 - 1970
> Employer: United States Navy
> Position: Mechanic
> Reason for Leaving: End of tour of duty.

> 1970 – 1974
> Employer: Ketchikan Pulp Company
> Position: Booman, Deckhand, Boat Operator, Equipment Operator,
>          and Leadman.
> Reason for Leaving: Bought into a business

> 1974 – 1975
> Employer: Ketchikan Police Department
> Position: Community Service Officer
> Reason for Leaving: Better wages and benefits

> 1976 - 1977
> Employer: Ketchikan Spruce Mill
> Position: Boom Operator
> Reason for Leaving: To attend college

> 1977 - 1987
> Employer: Aurora Communications
> Position: Marine Electrician; Electronics Installation & Serviceman;
>          Electronics and Communication Technician.
> Reason for Leaving: Benefits

> 1987 – 1989
> Employer: Ketchikan Shipyard
> Position: Stores Manager
> Reason for Leaving: Budget Layoffs

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Henderson
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 3 of 8

1989 – present
Employer: Ketchikan Correctional Center
Position: CO I, CO II, and CO III
Currently employed

1987 – present
USCG Auxiliary

**INTERROGATORY NO. 6:**    State whether you've ever been a plaintiff or a defendant in a lawsuit other than this one. As to each, state the date filed, the nature of the action, the names of the parties, the court in which it was filed, the cause number, and the final disposition.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 7:**    Have you ever been accused of misconduct, negligence, dereliction of duty, or any other wrongdoing in connection with your employment with the State of Alaska? If so, identify:

a.  The name(s) of the individual(s) who so accused so;

b.  The date of the event(s) on which the accusation is based;

c.  The names of all individuals involved; and

d.  A description of what happened.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

Responses to First Discovery to Henderson
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 4 of 8

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**INTERROGATORY NO. 8:**    Have you ever been the subject of, or a participant, in any investigation or inquiry in connection with your employment with the State of Alaska? If so, please describe the general nature of the investigation or inquiry, the date(s) of the investigation or inquiry, and the names of all individuals involved.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**    Produce all documents that mention, reference, or relate to Troy Wallace.

**RESPONSE:**    See Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 2:**    Produce your employment file with the State of Alaska.

**RESPONSE:**    Objection. State personnel records are confidential pursuant to A.S. 39.25.080; Alaska Constitution Article I, Section 22. Not withstanding this objection, the information listed at AS 39.25.080(b)(1-7) will be made available subject to "reasonable regulations on the time and manner of inspection".

**REQUEST FOR PRODUCTION NO. 3:**    Produce all calendars, journals, diaries, logs, notes, letters, or any other writing that mentions any aspect of the subject incident (defined above) or which otherwise elates in any way to the subject incident or to any of the allegations raised in the Complaint in this case.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Henderson
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 5 of 8

**RESPONSE:**          See Initial Disclosures.  This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 4:**          Produce all documents that you believe support your defenses in this case.

**RESPONSE:**          See Initial Disclosures.  This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 5:**          Produce all written or recorded statements, declarations, or affidavits that you have obtained from any person that relates in any way to this case.

**RESPONSE:**          See Initial Disclosures.  This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 6:**          Produce all policies, guidelines, instructions, and/or standards of conduct that govern or direct the nature of your work for the State of Alaska Department of Corrections.

**RESPONSE:**          The Alaska Department of Corrections policies and procedures can be found on line at: http://www.correct.state.ak.us/corrections/pnp/Master_TOC.htm.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Henderson
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 6 of 8

DATED this ___5th___ day of December, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____

Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of
the foregoing is being mailed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA  98104

Heather R. Hebdon 12/5/05

Heather R. Hebdon                    Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA  99501
PHONE: (907) 269-5100

Responses to First Discovery to Henderson
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 7 of 8

1

## VERIFICATION

2

STATE OF ALASKA                    )
                                   )
3

FIRST JUDICIAL DISTRICT            )

4

5   _David D. Henderson_ Being first duly sworn upon oath, deposes and says:

6       I have read the foregoing answers and responses to these interrogatories and requests

7

for production, know the contents thereof, and believe the same to be true.

8

9

10

_David D. Henderson_

David D. Henderson

11

12   DATED this _8TH_ day of _December_ , 2005 at _Ketchikan, AK_ .

13

14

15

16

17

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

18

19

20

21

22

23

24

25

26   Responses to First Discovery to Henderson
_Walker, et al. v. Henderson, et al._
Case No. A05-176 CV
Page 8 of 8

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as              )
Personal Representative of the ESTATE OF       )
TROY WALLACE                                   )
                                               )
                    Plaintiffs,                )
                                               )
            vs.                                )
                                               )
DAVID D. HENDERSON, LAURI A.                   )
MURRAY, WALTER T. RUD, SHERRI L.               )
DAVIS, EDWIN D. IRIZARRY, and LINDA            )
MONTECILLO,                                    )
                                               )
                    Defendants.                )    Case No. A05-176 CV
_____)

**DEFENDANT MURRAY'S RESPONSES TO PLAINTIFF'S**
**FIRST DISCOVERY REQUESTS**

Comes now defendant Lauri Murray, through counsel, and answers plaintiff's

first discovery requests as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**    State the name, current address, and telephone

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

number of each person who you believe has knowledge relating to your defenses in this case, and summarize the knowledge you believe each such person to have.

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 2:**        State the name, current address, and phone number of each person from whom you expect to elicit expert opinion testimony at trial, and for each person, state the matters about which each expert witness is expected to testify.

**RESPONSE:**        This Interrogatory will be answered at the time expert disclosure is ordered to be exchanged by the parties.

**INTERROGATORY NO. 3:**        State the name, current address, and telephone number of each lay witness you intend to call at trial, and state the matters about which each such witness is expected to testify.

**RESPONSE:**        See Initial Disclosures. This response will be supplemented as discovery continues.

**INTERROGATORY NO. 4:**        Identify all persons participating in answering or responding to these discovery requests, and identify the interrogatory or document request for which each person participated in answering or responding.

**RESPONSE:**        Lauri Murray

**INTERROGATORY NO. 5:**        Please briefly describe your employment history since high school (place of employment, position, dates worked there, reason for leaving), including any service in the military or National Guard.

Responses to First Discovery to Murray
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 2 of 8

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**RESPONSE:**

6/86 to 6/86
Employer:  Kings Table Buffet
Position:  Cashier; Food Preparer
Reason for Leaving:  Hired by K-mart.

6/86 to 9/87
Employer:  K-Mart
Position:  Checker
Reason for Leaving: Husband received PCS (permanent change of station).

9/90 to 9/90
Employer:  Taco Time
Position:  Kitchen help
Reason for Leaving:  This was a second job, left because of time constraints.

9/90 to 9/93
Employer:  K-Mart
Position:  Layaway Associate
Reason for Leaving:  Layed off due to budget cuts.

8/93 to 9/94
Employer:  Mayflower Contract Services
Position:  Special Education Bus Attendant
Reason for Leaving:  Hired by Department of Corrections.

9/94 to present
Employer:  State of Alaska, Department of Corrections
Position:  Correctional Officer Recruit; Correctional Officer I

**INTERROGATORY NO. 6:**      State whether you've ever been a plaintiff or a defendant on a lawsuit other than this one.  As to each, state the date filed, the nature of the action, the names of the parties, the court in which it was filed, the cause number, and the final disposition.

**RESPONSE:**      Objection.    This  information  is  confidential  pursuant  to

Responses to First Discovery to Murray
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 3 of 8

AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 7:**    Have you ever been accused of misconduct, negligence, dereliction of duty, or any other wrongdoing in connection with your employment with the State of Alaska?  If so, identify:

    a.  The name(s) of the individual(s) who so accused so;

    b.  The date of the event(s) on which the accusation is based;

    c.  The names of all individuals involved; and

    d.  A description of what happened.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

**INTERROGATORY NO. 8:**    Have you ever been the subject of, or a participant, in any investigation or inquiry in connection with your employment with the State of Alaska?  If so, please describe the general nature of the investigation or inquiry, the date(s) of the investigation or inquiry, and the names of all individuals involved.

**RESPONSE:**    Objection.    This information is confidential pursuant to AS 39.25.080 and the Alaska Constitution, Article I, § 22.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Murray
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 4 of 8

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**     Produce all documents that mention, reference, or relate to Troy Wallace.

**RESPONSE:**     See Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 2:**     Produce your employment file with the State of Alaska.

**RESPONSE:**     Objection. State personnel records are confidential pursuant to A.S. 39.25.080; Alaska Constitution Article I, Section 22. Not withstanding this objection, the information listed at AS 39.25.080(b)(1-7) will be made available subject to "reasonable regulations on the time and manner of inspection".

**REQUEST FOR PRODUCTION NO. 3:**     Produce all calendars, journals, diaries, logs, notes, letters, or any other writing that mentions any aspect of the subject incident (defined above) or which otherwise elates in any way to the subject incident or to any of the allegations raised in the Complaint in this case.

**RESPONSE:**     See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 4:**     Produce all documents that you believe support your defenses in this case.

**RESPONSE:**     See Initial Disclosures. This response will be supplemented as discovery continues.

Responses to First Discovery to Murray
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 5 of 8

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**REQUEST FOR PRODUCTION NO. 5:**    Produce all written or recorded statements, declarations, or affidavits that you have obtained from any person that relates in any way to this case.

**RESPONSE:**    See Initial Disclosures. This response will be supplemented as discovery continues.

**REQUEST FOR PRODUCTION NO. 6:**    Produce all policies, guidelines, instructions, and/or standards of conduct that govern or direct the nature of your work for the State of Alaska Department of Corrections.

**RESPONSE:**    The Alaska Department of Corrections policies and procedures can be found on line at: http://www.correct.state.ak.us/corrections/pnp/Master_TOC.htm.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Murray
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 6 of 8

DATED this _5th_ day of December, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____

Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of
the foregoing is being mailed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA 98104

_Heather R. Hebdon_ b/5/05
Heather R. Hebdon                    Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Responses to First Discovery to Murray
_Walker, et al. v. Henderson, et al._
Case No. A05-176 CV
Page 7 of 8

1

## **VERIFICATION**

2

STATE OF ALASKA              )
                             )
FIRST JUDICIAL DISTRICT      )

3

4

5

_____ Being first duly sworn upon oath, deposes and says:

6

I have read the foregoing answers and responses to these interrogatories and requests

7

for production, know the contents thereof, and believe the same to be true.

8

9

10

Lauri A. Murray

11

12

DATED this 7th day of December , 2005 at    2000                .

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Responses to First Discovery to Murray
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 8 of 8

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DECLARATION OF EDWIN S. BUDGE
EXHIBIT B

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. A05-176 CV (RRB) |

## STIPULATION AND ORDER CONCERNING DISCLOSURE AND USE OF NON-PUBLIC RECORDS

This lawsuit involves claims by plaintiff arising out of the death of Troy Wallace, while he was in the custody of the Ketchikan Correctional Center (KCC). Mr. Wallace died on July 24, 2004. Under these circumstances, certain confidential documents and information may within the scope of materials requested during the discovery process.

Recognizing the needs of the parties to prepare for trial, but also the State's responsibility to preserve the confidentiality of non-public documents held by DOC and/or other State agencies, the parties stipulate and agree as follows, subject to the Court's express approval:

1.    To the extent required by the Civil Rules pertaining to initial disclosures and discovery, DOC has previously produced materials from the institutional records of Troy Wallace.

2.    To the extent required by the Civil Rules pertaining to initial disclosures and discovery, DOC has previously produced investigative and other materials pertaining to the death of Troy Wallace, including material developed or obtained by DOC, the Alaska State Troopers or other State agencies even though those materials may include the names of and other information concerning individuals other than Troy Wallace. Those materials are subject to the terms of this Stipulation and Order.

3.    DOC may withhold from production such materials as it believes are subject to attorney-client privilege or are otherwise immune from disclosure, but it shall prepare and serve on the other parties a privilege log which identifies with respect to each document withheld, the author(s) of the document, the recipient(s), the date of its creation, its subject(s) or purpose(s), and the reasons the privilege is claimed

4.    DOC shall identify all documents or information it produces to plaintiff, which it believes are not subject to public disclosure. While such documents or information

Stipulation Re: Release of Confidential Records
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 2 of 5

may be made available by counsel to the parties and to their staff, consultants, lay and expert witnesses for the purpose of preparing for trial in this matter, all such recipients shall be instructed that such documents and/or information shall not be disclosed to third parties. Documents so designated shall be prominently marked "Subject to Protective Order".

5.    If necessary, documents produced by DOC under the terms of this Stipulation and Order may be sent to a commercial copy service for duplication if reasonably required. The copy service shall be instructed that such documents and information shall not be disclosed to third parties.

6.    Nothing in this Stipulation and Order shall preclude the disclosure of documents and information to any witness during any deposition in this case, provided that: (a) documents and information are disclosed only as described above, and (b) witnesses and court reporters are instructed that they are not to disclose such documents and information to third parties.

7.    Documents produced by DOC under the terms of this Stipulation and Order which are filed with the Court shall be submitted under seal and shall not be placed in the public record absent a court order.

8.    Control and distribution of all copies of documents covered by this Stipulation and Order shall be the responsibility of each party's counsel.

Stipulation Re: Release of Confidential Records
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 3 of 5

9.     Nothing in this Stipulation and Order is intended to limit or restrict disclosure to and use of documents and information by current and former State employees under the terms of this Stipulation and Order.

10.     Nothing in this Stipulation and Order is intended to broaden, restrict or otherwise change the scope of disclosures required by the Civil Rules pertaining to initial disclosures and discovery.

11.     Any failure by DOC to identify non-public documents as specified in paragraph 4 above or failure to insist on compliance with the terms of this Stipulation and Order shall not constitute a waiver of its right to insist on future compliance.

12.     This Stipulation and Order does not apply to employee personnel records.


DATED this ___4___ day of ___January___, 2005 at Seattle, Washington.

BUDGE & HEIPT, PLLC

By:     _____
Edwin S. Budge
Attorney for Plaintiff
Washington Bar No. 24182

DATED this __23rd__ day of December, 2005 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:     _____
Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101

# ORDER

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
Honorable Ralph B. Beistline
United States District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
the foregoing is being mailed and faxed to:

Edwin S. Budge
Erik J. Heipt
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA 98104
(206) 621-7323

_____        _____
Heather R. Hebdon                              Date

Stipulation Re: Release of Confidential Records
*Walker, et al. v. Henderson, et al.*
Case No. A05-176 CV
Page 5 of 5