Erik J. Heipt, *pro hac vice*
erik@budgeandheipt.com
Edwin S. Budge, *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, | NO. A05-0176 CV (RRB) |
| Plaintiffs, | GOOD FAITH CERTIFICATE |
| v. | |
| DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D., | |
| Defendants. | |

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion: Plaintiff's Motion to Compel Discovery Responses (Interrogatory Nos. 7 and 8 and Request for Production No. 2).

GOOD FAITH CERTIFICATE            1

The motion will be opposed by defendants.

The parties agree that oppositions to the motion and any reply are to be served and filed as provided in D. Ak. LR 7.1

DATED this 4 day of January, 2006.

_____
Edwin S. Budge, *pro hac vice*
Erik J. Heipt, *pro hac vice*
Of Budge & Heipt, PLLC
Attorneys for Plaintiff

January 5, 2006

_____
Paula M. Jacobson
Assistant Attorney General
Alaska Bar No. 9011101
Attorney for Defendants

GOOD FAITH CERTIFICATE    2