**Erik J. Heipt**, *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge**, *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, | NO. A05-0176 CV (RRB) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, AND LINDA MONTECILLO | |
| Defendants. | |

The undersigned certifies under penalty of perjury under the laws of the United States that he caused the documents identified below to be served on Paula M. Jacobson, Esq., Office of the Attorney General, 1031 W. Fourth Ave., Suite 200 Anchorage, AK 99501 on January 6,

2006. The documents were filed with the Court via its electronic filing system, which will provide automatic notice to opposing counsel. Copies were also delivered to opposing counsel via facsimile and United States mail. The documents filed and served are identified as follows:

- Plaintiff's Motion to Compel Responses to Discovery Requests;
- Declaration of Edwin S. Budge;
- Good Faith Certificate; and
- Proposed Order.

DATED this 6 day of January, 2006.

BUDGE & HEIPT, P.L.L.C.

/S/

Edwin S. Budge, *pro hac vice*
Erik J. Heipt, *pro hac vice*
Attorneys for Plaintiff