DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No.: 3:05-cv-176-RRB |

**MOTION FOR A PROTECTIVE ORDER**

Defendants have filed an Opposition to plaintiff's Motion to Compel. Defendants hereby file a Motion for Protective Order on the issue of discoverability of defendants' employee personnel files.

DATED this 11th day of January, 2006 at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:    s/ Paula M. Jacobson
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Suite 200
        Anchorage, Alaska  99501
        Phone: (907) 269-5190
        Fax:    (907) 258-0760
        Email: Paula_Jacobson@law.state.ak.us
        Alaska Bar No. 9011101

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
the foregoing is being served electronically on:

Edwin S. Budge
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA  98104
ed@budgeandheipt.com

s/ Paula M. Jacobson      1/11/06