DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO, )<br><br>Defendants. ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:05-cv-176-RRB |

**PROPOSED ORDER ON MOTION FOR A PROTECTIVE ORDER**

This Court, having considered defendants' Motion for Protective Order hereby GRANTS the motion.  The Court shall perform an in camera review of those parts of defendants' personnel files that defendants are claiming are confidential.  This Court also GRANTS defendants' request to redact personal information, including social security numbers, home addresses and telephone numbers, names of family members, medical

information and/or records, tax information, and pension and SBS records.

Dated: _____

                                                Honorable Ralph R. Beistline
U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
the foregoing is being served electronically on:

Edwin S. Budge
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA  98104
ed@budgeandheipt.com

s/ Paula M. Jacobson     1/11/06

2