DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE )<br><br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:05-cv-176-RRB |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY**

This case arises out of the death of an inmate at the Ketchikan Correctional

Center.   Plaintiff  sued  several  Corrections  Officers  and  the  prison  nurse  under

42 USC § 1983.   Plaintiff  also  sued  the  defendants  in  their  individual  capacities  for

negligence and medical negligence.  The defendants are all employees of the State of Alaska.

Plaintiff did not sue the State of Alaska.  Plaintiff claims there is diversity jurisdiction and

supplemental jurisdiction over the state law claims.

On December 21, 2005, defendants filed a Motion to Dismiss the State Law Claims Without Prejudice, so that those claims could be filed in State Superior Court. Defendants argued that this Court does not have jurisdiction over the claims on Eleventh Amendment grounds. Defendants' argument is based on AS 09.50.253, which allows the State of Alaska to be substituted for state employees who are sued in their individual capacities. Substitution only takes place if the Alaska Attorney General certifies that defendants were acting in the scope of office or employment at the time the incident that is the subject of the lawsuit. Under AS 09.50.253, once the Attorney General certifies the defendants, the State of Alaska is automatically substituted as the party defendant. AS 09.50.253, which is a relatively new statute, became effective on June 26, 2004. Plaintiff has opposed the Motion.

Pursuant to FRCP 6(b)(1), defendants move for a thirty-day enlargement of time within which to file their Reply to plaintiff's Opposition. The Motion for Enlargement is timely under FRCP 6(b)(1). That rule gives this Court discretion to allow an enlargement of time if the request is made "before the expiration of the period originally prescribed." This Motion is being made before the expiration of the deadline for filing defendants' Reply to plaintiff's Opposition to the original Motion.

This Motion is supported by the attached Affidavit of Paula M. Jacobson, attorney for the defendants, which sets out the justification for the request for enlargement.

DATED this 11th day of January, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:     s/ Paula M. Jacobson
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Suite 200
        Anchorage, Alaska  99501
        Phone: (907) 269-5190
        Fax:    (907) 258-0760
        Email: Paula_Jacobson@law.state.ak.us
        Alaska Bar No. 9011101

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
the foregoing is being served electronically on:

Edwin S. Budge
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA  98104
ed@budgeandheipt.com

s/ Paula M. Jacobson      1/11/06

3