DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br>Plaintiffs, <br><br>vs. <br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO, <br><br>Defendants. | Case No.: 3:05-cv-176-RRB |

**AFFIDAVIT OF PAULA M. JACOBSON IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

1. I make this affidavit based upon my own personal knowledge.

2. I am an Assistant Attorney General for the State of Alaska.

3. I am the attorney of record for the individual defendants named above with the exception of Edwin D. Irrizarry, who has not been served in this action.

4. On December 21, 2005, I filed a Motion to dismiss, without prejudice, the state law claims against the individual defendants on Eleventh Amendment grounds.

5. The Motion was made because AS 09.50.253, which became effective in June, 2004, allows for the substitution of the State of Alaska as the party defendant if the Alaska Attorney General certifies that the state employee defendants were acting in the course and scope of their employment at the time of the incident out of which the lawsuit arises.

6. Plaintiff opposed the Motion.

7. This case is very fact intensive. Since the state law claims at issue involve allegations of medical negligence, it has been necessary to consult with state medical officials and independent medical experts in order to properly evaluate the claim. At this time, the evaluation is still incomplete.

8. After filing the Motion, I discovered that it was also necessary to do further investigation and legal research on the certification issue prior to proceeding with defendants' Reply.

9. Because the certification issue has public policy implications for the State of Alaska and its employees, it has been necessary to have the issue, as it applies to this case, reviewed by more senior personnel in the Attorney General's office. The review has not yet been completed.

10. I will be out of the country for the next two weeks. My caseload is being covered by another attorney in my office in my absence. However, I am the attorney most familiar with the facts of the case and the medical and legal issues raised herein.

11. I contacted plaintiff's counsel prior to making this Motion. I had hoped to enter into a Stipulation to extend the time for filing the Reply so that the court's time would not be taken up with this matter. I was unable to reach plaintiff's counsel directly.

10. I have made the Motion for Enlargement and provided this supporting affidavit good faith.

DATED this 11th day of January, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/ Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Email: Paula_Jacobson@law.state.ak.us
Alaska Bar No. 9011101

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing is being served electronically on:

Edwin S. Budge
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA  98104
ed@budgeandheipt.com

s/ Paula M. Jacobson     1/11/06