DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:     (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, and LINDA MONTECILLO, ) ) ) ) ) | |
| Defendants. ) ) | Case No.: 3:05-cv-176-RRB |

**PROPOSED ORDER**

This Court, having considered defendants' Motion for Enlargement of Time Within Which to File Reply to plaintiff's Opposition to Motion to Dismiss Without Prejudice, hereby GRANTS the Motion for Enlargement. Defendants shall have thirty days from the date of this Order to file their Reply to plaintiff's Opposition.

Dated: _____

                                                Honorable Ralph R. Beistline
                                                U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing is being served electronically on:

Edwin S. Budge
Budge & Heipt, PLLC
705 2nd Ave., # 910
Seattle, WA  98104
ed@budgeandheipt.com

s/ Paula M. Jacobson     1/11/06