**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, | ) ) NO. A05-0176 CV (RRB) ) ) |
| Plaintiffs, | ) ACCEPTANCE OF SERVICE ) |
| v. | ) ) ) |
| DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D. | ) ) ) ) ) ) |
| Defendants. | ) ) |

The undersigned hereby accepts and acknowledges due and proper service of the Summons and Amended Complaint on behalf of Ernest Meloche, M.D. as if the same had been personally served on Ernest Meloche, M.D.

ACCEPTANCE OF SERVICE         1

By this acceptance and acknowledgment of due and proper service, Defendant Meloche does not waive any defense except the defense of insufficiency of service of process.

DATED this 12th day of January, 2006.

*[signature]*

Michael L. Lessmeier, Alaska Bar No. 7910082
Of Lessmeier & Winters, LLC
Attorneys for Defendant Meloche

ACCEPTANCE OF SERVICE                    2