**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D.,<br><br>Defendants. | NO. A05-0176 CV (RRB)<br><br>PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER |

Defendants have filed a Motion for Protective Order. Their motion and supporting memorandum is essentially a mirror-image of their opposition to Plaintiff's Motion to Compel Discovery Responses. No further response is necessary. Accordingly, plaintiff refers the Court

to the arguments and authority contained in her Motion to Compel Discovery Responses and Reply Memorandum in Support of Motion to Compel Discovery Responses.

DATED this 13th day of January, 2006.

BUDGE & HEIPT, P.L.L.C.

/S/
Edwin S. Budge, *pro hac vice*
Erik J. Heipt, *pro hac vice*
Attorneys for Plaintiff

Certificate of Service

I certify that on the date stated below, I caused this document to be served on on Paula M. Jacobson, Esq., Office of the Attorney General, 1031 W. Fourth Ave., Suite 200 Anchorage, AK 99501 The documents were filed with the Court via its electronic filing system, which will provide automatic notice to opposing counsel. Copies were also delivered to opposing counsel via facsimile and United States mail.

DATED this 13th day of January, 2006 at Seattle, Washington.

/S/
Edwin S. Budge