Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
PH:  907-796-4999, FX:  907-796-4998
email: l-w@gci.net
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**ENTRY OF APPEARANCE** |

　　　COMES NOW the law firm of Lessmeier & Winters, and hereby enters its appearance as attorneys of record for the Defendant, Ernest Meloche, M.D.  Service may be had on said Defendant, Ernest Meloche, M.D., by delivering or mailing pleadings to:

　　　　　Lessmeier & Winters, LLC
　　　　　3000 Vintage Boulevard, Suite 100
　　　　　Juneau, Alaska 99801
　　　　　Phone: 907-796-4999; Fax: 907-796-4998

　　DATED this 27th day of January, 2006, at Juneau, Alaska.

　　　　　　　　　LESSMEIER & WINTERS
　　　　　　　　　Attorneys for Defendant Ernest Meloche, MD
　　　　　　　　　By: <u>Michael L. Lessmeier, AK Bar 7910082</u>

I hereby certify that on January 27, 2006, a copy of the foregoing Entry of Appearance was served electronically on the following attorneys of record:

| | |
|---|---|
| Edwin S. Budge, Esq.<br>Budge & Heipt, PLLC<br>705 2nd Avenue, #910<br>Seattle, WA 98104 | Paula Jacobson, Esq., Assistant A.G.<br>State of Alaska – A.G.'s Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501 |

<u>S/ Michael L. Lessmeier</u>
0034-078 Entry.wpd