Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
PH:  907-796-4999, FX:  907-796-4998
email: l-w@gci.net
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**DEMAND FOR JURY TRIAL** |

　　　　A jury trial of all issues so triable is hereby demanded by the undersigned.

　　　　DATED this 27th day of January, 2006, at Juneau, Alaska.

　　　　　　　　　　　　LESSMEIER & WINTERS
　　　　　　　　　　　　Attorneys for Defendant Ernest Meloche, MD

　　　　　　　　　　　　By: Michael L. Lessmeier, AK Bar 7910082

I hereby certify that on January 27, 2006, a copy of the foregoing

*Demand for Jury Trial*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*　　　　　　　　　　　　　　　　　　Page 1 of  2

Entry of Appearance was served electronically on the following
attorneys of record:

Edwin S. Budge, Esq.  
Budge & Heipt, PLLC  
705  2nd Avenue, #910  
Seattle, WA  98104  

Paula Jacobson, Esq., Assistant A.G.  
State of Alaska – A.G.'s Office  
1031 W. 4th Avenue, Suite 200  
Anchorage, AK  99501  

S/ Michael L. Lessmeier
0034-078 Demand.wpd