IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID D. HENDERSON; LAURI A. MURRAY; WALTER T. RUD; SHERRI L. DAVIS; EDWIN D. IRIZARRY; LINDA MONTECILLO; and ERNEST MELOCHE, M.D.,<br><br>      Defendants. | Case No. 3:05-CV-0176-RRB<br><br><u>**ORDER REGARDING MOTION TO COMPEL DISCOVERY RESPONSES**</u> |

      Plaintiff's Motion to Compel Discovery Responses (Docket 27), is hereby **GRANTED IN PART**. Defendants shall provide Plaintiff with redacted records of the personnel files in question as referenced in the parties' respective memoranda. If Defendants believe that any of this information should remain confidential, for some legitimate reason, those documents shall be instead provided to the Court for <u>in camera</u> review.

Any documents provided to Plaintiff pursuant to this order shall be kept strictly confidential.

ENTERED this 30th day of January, 2006.

                                /s/ RALPH R. BEISTLINE
                                UNITED STATES DISTRICT JUDGE