Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>              Plaintiffs,<br><br>    vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>              Defendants. | Case No. A05-176 CV  (RRB)<br><br>**ANSWER TO**<br>**AMENDED COMPLAINT** |

Dr. Ernest Meloche hereby files his answer to the Amended Complaint in the above-captioned matter as follows:

**PRELIMINARY STATEMENT**

1.   The allegations in paragraph 1 state legal arguments for which no response is required.

**JURISDICTION AND VENUE**

2.   Denied.

3.   Admit that venue is proper in the District of Alaska, however pursuant to Local Rule 3.3(d), trial should take place in Ketchikan, which is where the deceased was living at the time and where all of the underlying events occurred.

## PARTIES

4. Denied for lack of information and knowledge.

5. Denied for lack of information and knowledge.

6. Dr. Meloche admits the Ketchikan Correctional Center is a corrections institution formed, maintained and operated by the State of Alaska.

7. This allegation relates to another defendant. Insofar as it pertains to Dr. Meloche it is hereby denied.

8. This allegation relates to another defendant. Insofar as it pertains to Dr. Meloche it is hereby denied.

9. This allegation relates to another defendant. Insofar as it pertains to Dr. Meloche it is hereby denied.

10. This allegation relates to another defendant. Insofar as it pertains to Dr. Meloche it is hereby denied.

11. This allegation relates to another defendant. Insofar as it pertains to Dr. Meloche it is hereby denied.

12. This allegation relates to another defendant. Insofar as it pertains to Dr. Meloche it is hereby denied.

13. Admit.

14. Admit that pursuant to a contract with the Department of Corrections Dr. Meloche provided medical consultation and care to inmates and detainees incarcerated at Ketchikan Correctional Center. The remaining allegations are denied.

15. Admit that Dr. Meloche had an obligation to fulfill the terms of his contract in accord with the appropriate standard of care depending upon the circumstances. The remaining allegations are denied.

## FACTUAL ALLEGATIONS

16. Denied for lack of information and knowledge.

17. Denied for lack of information and knowledge.

18. Denied for lack of information and knowledge.

19. Admit only that Dr. Meloche was contacted on one occasion while Mr. Wallace was still living and that he had a duty to act in accord with the appropriate standard of care dependant upon all relevant circumstances. The remaining allegations are denied.

20. Insofar as this allegation relates to the answering defendant, it is hereby denied.

21. Denied.

22. Insofar as this allegation relates to the answering defendant, it is hereby denied.

23. Insofar as this allegation relates to the answering defendant, it is hereby denied.

24. Insofar as this allegation relates to the answering defendant, it is hereby denied.

25. This paragraph contains legal arguments. To the extent a response is required they are hereby denied.

## CLAIMS

### 42 U.S.C. § 1983 – Against All Defendants

26. Dr. Meloche reasserts his responses to paragraphs 1 - 25 as if fully set forth here.

27. Insofar as these allegations pertain to Dr. Meloche, they are hereby denied.

### State Law Claims – Against All Defendants

28. Dr. Meloche reasserts his answers to paragraphs 1 - 27 as if fully set forth here.

29. Insofar as this allegation pertains to Dr. Meloche, it is hereby denied.

### State Law Claims – Against Defendant Montecillo

30. Dr. Meloche reasserts his answers to paragraphs 1 - 29 as if fully set forth here.

31. These allegations relate to another defendant. Insofar as these allegations relate to Dr. Meloche, they are hereby denied.

### State Law Claims – Against Defendant Meloche

32. Dr. Meloche reasserts his answers to paragraphs 1 - 31 as if fully set forth here.

33. Denied.

### JURY DEMAND

34. Admit that plaintiffs have demanded a trial by jury as has Dr. Meloche.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

If it is found that Dr. Meloche was acting under color of State law, he is entitled to immunity.

#### Second Affirmative Defense

To the extent the plaintiff's damages were caused in whole or in part by his own conduct, he may not recover.

#### Third Affirmative Defense

To the extent the plaintiff's damages are caused by the actions of another individual or entity, such damages may not be recovered against Dr. Meloche.

#### Fourth Affirmative Defense

Plaintiff's non-economic damages, if any, are limited to those allowed by AS 09.17.010.

#### Fifth Affirmative Defense

Plaintiff's damages are limited to those allowed by AS 09.55.580.

### Six Affirmative Defense

Dr. Meloche is entitled to the limitations and benefits of AS 09.55.530 *et seq*.

### Seventh Affirmative Defense

Answering defendants are entitled to the limitations and benefits of AS 09.17.010 *et seq*.

### Eighth Affirmative Defense

To the extent the plaintiff failed to follow advice given to him by any healthcare provider he may not recover.

### Ninth Affirmative Defense

Pursuant to Local Rule 3.3(d) any trial of this matter should take place in Ketchikan, which is where all of the underlying events occurred.

### **PRAYER FOR RELIEF**

WHEREFORE, Dr. Meloche respectfully requests the following relief:

(1)  Dismissal of plaintiffs' claims with prejudice;

(2)  Costs and attorneys fees incurred in defending this action; and

(3)  Such other and further relief as the Court deems fair and equitable.

DATED this 31st day of January, 2006, at Juneau, Alaska.

LESSMEIER & WINTERS
Attorneys for Defendant Ernest Meloche, MD

By: /S/ Michael L. Lessmeier, AK Bar 7910082

I hereby certify that on January 31, 2006, a copy of the foregoing Answer to Amended Complaint was served electronically on the following attorneys of record:

| | |
|---|---|
| Edwin S. Budge, Esq. | Paula Jacobson, Esq., Assistant A.G. |
| Budge & Heipt, PLLC | State of Alaska – A.G.'s Office |
| 705 2nd Avenue, #910 | 1031 W. 4th Avenue, Suite 200 |
| Seattle, WA 98104 | Anchorage, AK 99501 |

S/ Michael L. Lessmeier

0034-078 AnswerAmendedComplaint.wpd