UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

   JULIA WALKER   v.   DAVID D. HENDERSON, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                           CASE NO.   3:05-CV-0176 (RRB)

 John W. Erickson, Jr.                          DATE: February 13, 2006

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                     **DENYING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

       Before the Court are Defendants David D. Henderson, et al. ("Defendants") with a Motion for Enlargement of Time Within Which to File Reply (Docket No. 33); wherein, Defendants move for a thirty-day enlargement of time within which to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss State Law Claims Without Prejudice (Docket No. 21). Plaintiff Julia Walker, individually and as Person Representative of the Estate of Troy Wallace ("Plaintiff") opposes at Docket No. 35.

       Having thoroughly reviewed the matter, and for reasons more carefully articulated in Plaintiff's Opposition to Defendants' Motion for Enlargement of Time Within Which to File Reply (Docket No. 35), Defendants' Motion (Docket No. 33), is hereby **DENIED.**