UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JULIA WALKER  v.  DAVID D. HENDERSON, et al. | | |
| THE HONORABLE RALPH R. BEISTLINE | | |
| CAREER LAW CLERK | CASE NO. | 3:05-CV-0176 (RRB) |
| John W. Erickson, Jr. | DATE: | February 13, 2006 |

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING DEFENDANTS' MOTION TO DISMISS**

Before the Court are Defendants David D. Henderson, et al. ("Defendants") with a Motion to Dismiss State Law Claims Without Prejudice (Docket No. 20). Defendants argue the Court should "decline supplemental jurisdiction over the state law claims asserted by [P]laintiff [Julia Walker, individually and as Person Representative of the Estate of Troy Wallace ("Plaintiff")]."[1] Plaintiff opposes at Docket No. 21, and argues: (1) the Court lacks discretion to dismiss Plaintiff's state law claims, because there is complete diversity between the parties; and (2) even if complete diversity did not exist, there is no legitimate reason to decline supplemental jurisdiction over Plaintiff's state law claims. The Court agrees.

Having thoroughly reviewed the matter, and for reasons more carefully articulated in Plaintiff's Opposition to Defendants' Motion to Dismiss State Law Claims Without Prejudice (Docket No. 21), Defendants' Motion (Docket No. 20), is hereby **DENIED**.

---

[1]  Clerk's Docket No. 20 at 1.