Erik J. Heipt, *pro hac vice*
erik@budgeandheipt.com
Edwin S. Budge, *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br>Plaintiffs,<br><br>v.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.<br><br>Defendants. | NO. A05-0176 CV (RRB)<br><br>STIPULATION AND ORDER AMENDING DATES FOR DISCOVERY CUTOFF AND EXPERT WITNESS DISCLOSURES |

STIPULATION AND ORDER          1

## STIPULATION

Counsel for all parties have conferred and have agreed that based on the issues in this case, as well as the trial schedule of counsel, it is desirable to adjust certain dates contained in the Court's Scheduling and Planning Order of November 14, 2005.

The parties request that the Court enter the subjoined order adjusting certain dates as follows:

1. Expert witness disclosures in accordance with Rule 26(a)(2), which are presently due by April 15, 2006 should be rescheduled to be due on or before August 1, 2006. Rebuttal reports, if any, which are currently due by May 15, 2006, should be rescheduled to be due on or before September 1, 2006.

2. Revised witness lists, which are presently due by April 15, 2006 should be rescheduled to be due on or before July 14, 2006.

3. All discovery, which currently must be scheduled to be completed by July 1, 2006 should be scheduled to be completed by October 1, 2006.

Stipulation dated this 9th day of March, 2006.

_____
Edwin S. Budge, *pro hac vice*
Of Budge & Heipt, PLLC
Attorneys for Plaintiffs

_____
David W. Marquez, Attorney General
By Paula M. Jacobson, Assistant Attorney General
Alaska Bar No. 9011101
Attorneys for Defendants Henderson, Murray, Rud, Davis, and Montecillo

STIPULATION AND ORDER    2

*[signature]*

Michael L. Lessmeier, Alaska Bar No. 7910082
Of Lessmeier & Winters, LLC
Attorneys for Defendant Meloche

## ORDER

Having reviewed the foregoing stipulation, the Court hereby orders as follows:

1. Expert witness disclosures in accordance with Rule 26(a)(2), which are presently due by April 15, 2006 are hereby rescheduled to be due on or before August 1, 2006. Rebuttal reports, if any, which are currently due by May 15, 2006, are hereby rescheduled to be due on or before September 1, 2006.

2. Revised witness lists, which are presently due by April 15, 2006 are hereby rescheduled to be due on or before July 14, 2006.

3. All discovery, which currently must be scheduled to be completed by July 1, 2006 is hereby rescheduled to be completed by October 1, 2006.

DATED this ____ day of March, 2006.

_____
Ralph R. Beistline
United States District Judge

STIPULATION AND ORDER            3