

Lessmeier & Winters

JUL 1 2 2006

RECEIVED

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as                    )
Personal Representative of the ESTATE OF             )
TROY WALLACE                                         )
                                                     )
                          Plaintiffs,                )
                                                     )
              vs.                                    )
                                                     )
DAVID D. HENDERSON, LAURI A. MURRAY,                 )
WALTER T. RUD, SHERRI L. DAVIS, EDWIN                )
D. IRIZARRY, LINDA MONTECILLO, and                   )
ERNEST MELOCHE, M.D.                                 )
                                                     )
                          Defendants.                )     Case No. 3:05-cv-176-RRB
_____)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties by and through counsel hereby stipulate to the dismissal, with

prejudice, of all claims against defendants David D. Henderson, Lauri A. Murray, Walter T.

Rud, Sherri L. Davis, Edwin Irizarry, and Linda Montecillo.

BUDGE & HEIPT, PLLC

DATED: 7/7/06

Edwin S. Budge
Counsel for Plaintiff

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

DATED: 7/5/06

Paula M. Jacobson
Assistant Attorney General
Counsel for Defendant(s)
ABA No. 9011101

LESSMEIER & WINTERS, LLC

DATED: 7/20/06

Michael Lessmeier
Counsel for Dr. Ernest Meloche
ABA No. 7910082

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ralph R. Beistline
U.S. District Court Judge

Stipulation for Dismissal With Prejudice
*Walker, et al. v. Henderson, et al.*
Case No. A-05-176 CV
Page 2 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1

2

3    CERTIFICATE OF SERVICE

     This is to certify that on this date, a copy of the
4    foregoing Stipulation for Dismissal With Prejudice
     is being served electronically on:

5    Edwin S. Budge
     Budge & Heipt, PLLC
6    705 2nd Ave., # 910
     Seattle, WA  98104
7    ed@budgeandheipt.com

8    Michael Lessmeier
     Lessmeier & Winters, LLC
9    3000 Vintage Blvd., Ste. 100
     Juneau, AK 99801
10   l-w@gci.net

11

     s/ Paula M. Jacobson____ Date
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Stipulation for Dismissal With Prejudice
     *Walker, et al. v. Henderson, et al.*
     Case No. A-05-176 CV
     Page 3 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100