Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
PH: 907-796-4999 FX: 907-796-4998
l-w@gci.net
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as
Personal Representative of the
ESTATE OF TROY WALLACE,

Plaintiffs,

vs.

DAVID D. HENDERSON, LAURI A.
MURRAY, WALTER T. RUD,
SHERRI L. DAVIS, EDWIN D.
IRIZARRY, LINDA MONTECILLO,
and ERNEST MELOCHE, M.D.,

Defendants.

Case No. A05-176 CV (RRB)

**STIPULATION FOR NEW PRETRIAL DEADLINES**

Come now the parties, by and through their attorneys, and hereby stipulate to the following new pretrial deadlines:

Final Witness List
(presently set for July 14, 2006) .............. November 14, 2006

Expert Witness Disclosures
(presently set for August 1, 2006) ............ November 1, 2006

Rebuttal Reports
(presently set for September 1, 2006) .......... December 1, 2006

Discovery Motions
(presently set for August 4, 2006) ............. December 1, 2006

Dispositive Motions and Motions *in Limine*
(presently set for August 4, 2006) ............. December 15, 2006

Close of Discovery
(presently set for October 2, 2006) ............ February 2, 2007

*Stipulation for New Pretrial Deadlines*

The parties have agreed to these deadlines in order to accommodate their trial schedules, settlement efforts and personal schedules of counsel.

DATED this 20 day of July, 2006, at Juneau, Alaska.

        LESSMEIER & WINTERS
        Attorneys for Defendant Dr. Meloche

        By: _____
        Michael L. Lessmeier, AK Bar 7910082

DATED this 1 day of July, 2006, at Seattle, Washington

        BUDGE & HEIPT
        Attorneys for Plaintiffs

        By: _____
        Edwin Budge, WA Bar 24182

DATED this 28th day of July, 2006, at Anchorage, Alaska.

        STATE OF ALASKA
        OFFICE OF THE ATTORNEY GENERAL
        Attorneys for Henderson, Murray, Rud, Davis, Irizarry, and Montecillo

        By: _____
        Paula Jacobson, Esq., AK Bar 9011101
        Assistant Attorney General

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

0034-078 StipNewPTDates.wpd

*Stipulation for New Pretrial Deadlines*