## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

WALKER    v.    HENDERSON, et al.

DATE:    August 1, 2006        CASE NO.    3:05-cv-0176-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **GRANTING STIPULATION**

The parties' Stipulation for Dismissal With Prejudice (Docket 48) as to Defendants David D. Henderson, Lauri A. Murray, Walter T. Rud, Sherri L. Davis, Edwin Irizarry, and Linda Montecillo is hereby **GRANTED**.