UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>WALKER</u>   v.   <u>HENDERSON, et al.</u>

DATE:   <u>August 1, 2006</u>        CASE NO.   <u>3:05-cv-0176-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING STIPULATION**

---

The parties' Stipulation for New Pretrial Deadlines (Docket 49) is hereby **GRANTED.**