Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>          Plaintiffs,<br><br>  vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>          Defendants. | Case No. A05-176 CV  (RRB)<br><br>**MOTION FOR INTRA-DISTRICT TRANSFER TO KETCHIKAN** |

      Pursuant to Local Rule 3.3(d) the Defendant, Dr. Meloche, respectfully requests the Court transfer this case to Ketchikan for purposes of trial.  As is more fully explained in the memorandum of law filed herewith, Ketchikan is where the decedent was residing at the time of his death, is the place where all underlying events relating to Mr. Wallace's death occurred, is the place where all factual witnesses relating to liability reside and the place were the remaining Defendant, Dr. Meloche, resides.  None of the parties have any connection to Anchorage and none of the relevant events occurred in Anchorage.  For all of these reasons, and as more fully explained in the memorandum of law filed herewith, Dr. Meloche respectfully requests the Court exercise its discretion under Local Rule 3.3(d) to transfer this

*Motion for Intra-District Transfer to Ketchikan*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*       Page 1 of  2

action to Ketchikan for trial, should a trial ultimately be necessary.

DATED this 16th day of November, 2006, at Juneau, Alaska.

            LESSMEIER & WINTERS
            Attorneys for Defendant Dr. Meloche

        By:____/S/_____
           Michael L. Lessmeier, AK Bar 7910082

The undersigned hereby certifies that on the 16th of November, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

_____/S/_____
0034-078 MotionTransferKtkn.wpd

*Motion for Intra-District Transfer to Ketchikan*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                  Page 2 of 2