IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT Ketchikan

( ) STATE OF ALASKA
(X) City of Ketchikan
Plaintiff,

vs

Defendant
Troy Wallace

CASE NO. 1KE-04-00050 CR

REQUEST AND ORDER FOR _____

## REQUEST (Type or print neatly)

**CERTIFICATION** I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, Troy A. Wallace, request that jail time be postponed from 7-16-04 to Mon. the 19th.
Reason: Moving from Residence. Suppose to be out Fri. Planned on moving over the weekend. Not leaving Ktn.

Date: 7-15-04
Defendant's Signature: Troy A. Wallace

Defendant's Mailing Address: PO Box 2366
City: Ktn.
State: AK
ZIP: [illegible]
Daytime Phone: 225-2361

### PROSECUTOR'S REPLY ( ☐ not necessary)

Prosecutor ☐ does ☐ does not oppose this request. Reason: _____

Date: _____   Prosecutor's Signature: _____

### ORDER

☐ Hearing ordered. Date: ___ Time: ___ Courtroom: ___
☒ Request granted. ☐ Request denied.

Report to serve jail time 7/19/04 between 8:00 a.m. & 3:00 p.m.

Date: 7/15/04
Judge: [signature]
Type or Print Judge's Name: Kevin G. Miller

I certify that on 7-15-04 a copy of this order was given or sent to: City Atty via court tray, Deft. @ counter
Clerk: NMG

CERTIFICATION
Copies Distributed 7-15-04
KCC

Exhibit A
page 1 of 1

CR-770 (3/00)(st.3)
REQUEST AND ORDER

Crim. R. 44(f) & Adm. Bull. 53
AS 12.61.110, AS 12.61.130

# Alaska Department of Corrections
## KETCHIKAN CC
### Booking Record

Date 07/20/2004
Time 15:14:23

fender# 489521　　　　FBI#　　　　　　　　　　　DL#　ALASKA - 7222113
te/Time Admitted  7/20/2004  15:00　　Delivering Auth/Off  0　　SLF
rest Site/City/St  KETCHIKAN, AK
　　　　　　　　　　　　　　　　　　Arresting Agency  SELF
tainer/Warrant  N

**fender basic info**

ame  WALLACE, TROY ALVIN　　　　　　　　　SSN  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

ge  32　　DOB  10/31/1972　　Sex  MALE　　Ethnic  CAUCASIAN

eight  6' 2"　　Weight  190　　Eye  HAZEL　　Hair  BROWN

ity/State/Country of Birth  GREAT FALLS, MT, U

**fender scars and marks**

hysical description  SCAR CHIN

xtended Description  1" UNDER CHIN

**ddress details**

| ddress type | Address | Telephone |
|---|---|---|
| AILING | P.O. BOX 23616 KETCHIKAN - AK 99901 | (907)225-2361 |
| ɔICAL | 0 UPPER CARLANNA ST KETCHIKAN - AK 99901 | (907)225-2361 |

**ontacts**

| ame | Address | Phone | Relation |
|---|---|---|---|
| AREN WALLACE | P.O. BOX 7923 KETCHIKAN AK 99901 | (907)225-8491 | FRIEND |

| ffense description | ATN | Case Number | CSF | MVF | S/U | CNTS |
|---|---|---|---|---|---|---|
| ROBATION VIOLATION | 108298431 | 1KEC0400050CR | CI | M | 9 | 1 |

**ersonal Property**

ocation: UPSTAIRS LOCKER
ɪry Swtshirt, Whi T-Shirt, Blk Wallet, Blu Jeans, Bro Shoes, Whi Socks, Blk Boxer Briefs, $20.00 To Ota  ₵79

HEREBY ACKNOWLEDGE THE CORRECTNESS OF THE ABOVE LIST OF MY PERSONAL PROPERTY
ND I WAS GIVEN THE OPPORTUNITY TO MAKE A PHONE CALL.

RISONER'S SIGNATURE  _Troy A. Wallace_
OOKING OFFICER'S SIGNATURE  _[signature]_  COII

HEREBY ACKNOWLEDGE RECEIPT OF ALL PROPERTY AND CASH HELD IN TRUST.

RISONER'S SIGNATURE _____
ELEASE DATE  7.24.04　TIME  0657　TYPE OF RELEASE  -DECEASED-
RELEASING OFFICER  _[signature]_

Exhibit  B
page  1 of 1

Page 1 of 1　　DOC 0030

ALASKA DEPARTMENT OF CORRECTIONS
KETCHIKAN CORRECTIONAL CENTER

## ~ Duty Shift Roster ~
### Tuesday, July 20, 2004

**OPERATIONS STAFF:**   Shift: #2 - Days   Shift Supervisor: HAHN, Anthony (Tony) D. CO III

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| HAHN, Anthony (Tony) D. CO III | 0600-1800 | | DALE, Nora M. CO II | Annual Leave |
| MILLER, Brian T CO II | 0600-1800 | | | |
| HOLDERMAN, Gerald D CO I | 0600-1800 | | | |
| CLOUDY, Holly J. CO I | 0600-1800 | 12-Hour Shift Cover | | |
| IRIZARRY, Edwin D. CO I | 0600-1800 | 12-Hour Shift Cover | | |
| MONTECILLO, Linda K. RN II | 0600-1400 | | | |

**ADMINISTRATIVE STAFF:**   Non-shift workers - When working on weekends or holidays

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| | | | | |

**OPERATIONS STAFF:**   Shift: #1 - Nights   Shift Supervisor: GREGORY, David R. CO III

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| GREGORY, David R. CO III | 1800-0600 | | | |
| ROSS, Michael J. CO II | 1800-0600 | | | |
| DAVIS, Sharri L. CO II | 1800-0600 | | | |
| CAMPBELL, James H. CO II | 1800-0600 | | | |
| COMSTOCK, Kenneth W. CO I | 1800-0600 | | | |

Exhibit C
page 1 of 4

DOC 0052

## ALASKA DEPARTMENT OF CORRECTIONS
### KETCHIKAN CORRECTIONAL CENTER
~ Duty Shift Roster ~
### Wednesday, July 21, 2004

**OPERATIONS STAFF:**  Shift: #2 - Days  Shift Supervisor: HAHN, Anthony (Tony) D. CO III

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| HAHN, Anthony (Tony) D. CO III | 0600-1800 | | DALE, Nora M. CO II | Annual Leave |
| MILLER, Brian T CO II | 0600-1800 | | | |
| HOLDERMAN, Gerald D CO I | 0600-1800 | | | |
| CLOUDY, Holly J. CO I | 0600-1800 | 12-Hour Shift Cover ✓ | | |
| HEADLEY, Walter T. CO II | 0600-1800 | 12-Hour Shift Cover ✓ | | |
| MONTECILLO, Linda K. RN II | 0600-1400 | | | |
| | | | | |
| | | | | |

**MINISTRATIVE STAFF:** Non-shift workers - When working on weekends or holidays

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OPERATIONS STAFF:**  Shift: #1 - Nights  Shift Supervisor: GREGORY, David R. CO III

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| GREGORY, David R. CO III | 1800-0600 | | | |
| ROSS, Michael J. CO II | 1800-0600 | | | |
| DAVIS, Sharri L. CO II | 1800-0600 | | | |
| CAMPBELL, James H. CO II | 1800-0600 | | | |
| COMSTOCK, Kenneth W. CO I | 1800-0600 | | | |

Exhibit C
page 2 of 4

DOC 0061

# ALASKA DEPARTMENT OF CORRECTIONS
## KETCHIKAN CORRECTIONAL CENTER
~ Duty Shift Roster ~
Thursday, July 22, 2004

**OPERATIONS STAFF:**  Shift: #3 - Days   Shift Supervisor: ELLIS, Audie D. CO III

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| ELLIS, Audie D. CO III | 0530-1800 | 0.5-Hour Shift Briefing | | |
| HEADLEY, Walter T. CO II | 0600-1800 | | | |
| HENDRICKS, Edward V. CO II | 0600-1800 | | | |
| CLOUDY, Holly J. CO I | 0600-1800 | | | |
| MORLEY, Kevin G. CO I | 0600-1800 | | | |
| KEIRN, Jason A. CO I | 0600-1800 | | | |
| MONTECILLO, Linda K. RN II | 0600-1800 | | | |
| HAHN, Anthony D. CO III | 0800-1800 | PTO Training | | |
| CAMPBELL, James H. CO II | 0800-1800 | PTO Training | | |
| ROSS, Michael J. CO II | 0800-1800 | PTO Training | | |
| MILLER, Brian T. CO II | 0800-1800 | PTO Training | | |

**ADMINISTRATIVE STAFF:**  Non-shift workers - When working on weekends or holidays

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| | | | | |

**OPERATIONS STAFF:**  Shift: #4 - Nights   Shift Supervisor: HENDERSON, David D. CO III

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| HENDERSON, David D. CO III | 1800-0600 | 0.5-Hour Shift Briefing | HARFORD, Donald P. CO II | Annual Leave |
| MURRAY, Lauri A. CO II | 1800-0600 | | CASSIN, Patrick M. CO I | Sick Leave |
| COMSTOCK, Kenneth W. CO I | 1800-0600 | 12-Hour Shift Cover | | |
| IRIZARRY, Edwin D. CO I | 1800-0600 | | | |
| RUD, Walter T. CO I | 1800-0600 | | | |
| CASSIN, Patrick M. CO I | 1800-0000 | | | |
| MILLER, Brian T. CO II | 1800-1900 | AIS Training | | |

Exhibit C page 3 of 4

DOC 0060

# ALASKA DEPARTMENT OF CORRECTIONS
## KETCHIKAN CORRECTIONAL CENTER
### ~ Duty Shift Roster ~
### Friday, July 23, 2004

**Shift:** #3 - Days  **Shift Supervisor:** ELLIS, Audie D. CO III

**OPERATIONS STAFF:**

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| ELLIS, Audie D. CO III | 0600-1800 | | | |
| HEADLEY, Walter T. CO II | 0600-1800 | | | |
| HENDRICKS, Edward V. CO II | 0600-1800 | | | |
| LOUDY, Holly J. CO I | 0600-1800 | | | |
| MORLEY, Kevin G. CO I | 0600-1800 | | | |
| HEIRN, Jason A. CO I | 0600-1800 | | | |
| MONTECILLO, Linda K. RN II | 0600-1800 | | | |

**ADMINISTRATIVE STAFF:** Non-shift workers - When working on weekends or holidays

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Shift:** #4 - Nights  **Shift Supervisor:** HENDERSON, David D. CO III

**OPERATIONS STAFF:**

| Personnel On Duty | Hours | Overtime Reason | Personnel Absent | Reason |
|---|---|---|---|---|
| HENDERSON, David D. CO III | 1800-0600 | | HARFORD, Donald P. CO II | Annual Leave |
| MURRAY, Lauri A. CO II | 1800-0600 | | CASSIN, Patrick M. CO I | Sick Leave |
| DAVIS, Sharri L. CO II | 1800-0600 | 12-Hour Shift Cover | | |
| IRIZARRY, Edwin D. CO I | 1800-0600 | | | |
| RUD, Walter T. CO I | 1800-0600 | | | |
| | 0000-0000 | | | |

Exhibit C
page 4 of 4

DOC 0059

# FACSIMILE TRANSMISSION COVER SHEET

## Office of the Attorney General
### Torts and Worker's Compensation Section

1031 W. 4TH AVE., SUITE 200
ANCHORAGE, AK 99501
PHONE: (907) 269-5190   FAX: (907) 258-0760

*[Stamp: Lessmeier & Winters — JUN 29 2006 — Received by Fax]*

Date: June 29, 2006

To: Michael Lessmeier    Fax: (907) 796-4998

Fax: (___) _____

Fax: (___) _____

From: Paula Jacobson    Re: Walker
Attorney General's Office    AGO File #: _____

Number of Pages including this Sheet: 5

Message: **ATTORNEY-CLIENT COMMUNICATION - CONFIDENTIAL**

Settlement + Release is enclosed

This FAX is intended to be reviewed initially by only the individual named above: If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this FAX or the information contained herein is prohibited. If you have received this FAX in error, please immediately notify the sender by telephone and return this FAX to the sender at the above address. Thank you.

PLEASE INFORM US IMMEDIATELY IF YOU DO NOT RECEIVE THIS TRANSMISSION IN FULL.
(907) 269-5190   Ask for: Lyn

Exhibit D
page 1 of 6

## SETTLEMENT AND RELEASE

For and in consideration of the sum of Five Hundred and Seventy Three Thousand Dollars ($573,000.00) (hereinafter the "Settlement Amount"), **Julia Walker**, (hereinafter "Releasor"), does hereby release and forever discharge **David D. Henderson, Lauri A. Murray, Walter T. Rud, Sherri L. Davis, Edwin D. Irizarry, Linda Montecillo and the State of Alaska**, their agencies, agents, representatives, employees, servants, successors in interest, and assigns (hereinafter "Releasees"), from any and all actions, causes of actions, suits, controversies and claims for injuries and damages of every kind and nature accrued, or to accrue arising out of or in connection with the death of Troy Wallace (hereinafter "the incident"), and which is the subject of a lawsuit now pending in the United States District Court for the District of Alaska under case number A05-176 CV (RRB) (hereinafter "the Lawsuit"). It is agreed that this Release does not apply to Releasor's claims against Dr. Ernest Meloche and nothing in this document shall be interpreted to release such claims.

By virtue of this Settlement and Release, Releasor hereby unequivocally releases the Releasees from any and all claims which were raised in the Lawsuit or which could have been raised arising from or in any way connected with the incident including, but not limited to, all claims for compensatory, punitive damages, and damages for alleged violation of 42 U.S.C § 1983. Releasor hereby covenants and agrees that she will not, either by herself or in concert with others, or by virtue of judicial proceedings of any kind

Settlement and Release
*Walker, et al. v. Henderson, et al.*
A05-0176 CV
Page 1 of 4

Exhibit D
page 2 of 6

whatsoever, make or cause to be made, acquiesce in or assist in the bringing of any further claims or actions for damages against Releasees arising out of or in any way connected with the death of Troy Wallace.

It is understood that the nature and/or extent of injuries and damages sustained by Releasor arising out of or in any way connected to the incident may substantially change and that new damages may be discovered in the future. Nevertheless, it is the intent of Releasor to unequivocally release and discharge Releasees from any and all claims accrued and which may accrue in the future, including all claims for damages as yet unknown arising out of or in any way connected with the incident.

Releasor represents that at the time of the signing of this Settlement and Release no assignment of any claim arising from or in any way connected to the incident, or which is otherwise the subject of this Settlement and Release, has been made or executed to any other individual, firm or corporation, or other entity. It is further agreed that Releasor, not Releasees, will satisfy any and all attorney liens, medical liens, and/or government liens, insurance liens, or any other types of liens which have or may be asserted arising from or in any way connected to the incident.

Releasor represents that she has discussed this matter with her attorney and other advisors and experts as Releasor has deemed appropriate, has been advised of and is familiar with the case of *Witt v. Watkins*, 579 P.2d 1065 (Alaska 1978), and still desires to finally and completely settle this matter on the terms set forth herein.

Settlement and Release
*Walker, et al. v. Henderson, et al.*
A05-0176 CV
Page 2 of 4

Exhibit D
Page 3 of 6

Releasor further represents that no promise or inducement not expressed herein has been made to her by Releasees, that her execution of the Settlement and Release was not secured under duress or in haste, that she is not at a bargaining disadvantage, and that she has been represented by an attorney throughout the course of negotiations which led to her execution of this Settlement and Release.

Releasor hereby authorizes and instructs her attorney to dismiss the Lawsuit against Releasees with prejudice and with each party to bear its own costs or attorney's fees, and to execute such other and further documents as may be necessary to affect the purposes of this Settlement and Release once Releasees make full payment of the Settlement Amount.

It is understood and agreed that nothing herein shall be deemed to constitute an admission of negligence, responsibility or liability on the part of Releasees, including any agents and employees of the State of Alaska, and that, on the contrary, such negligence, responsibility and liability is expressly denied.

**Releasor declares that each of the terms and conditions of this Settlement and Release have been carefully read. Releasor further declares that having obtained an explanation from her attorney of any terms or conditions which he did not understand, every term and condition of this Settlement and Release is now fully**

Settlement and Release
*Walker, et al. v. Henderson, et al.*
A05-0176 CV
Page 3 of 4

Exhibit D
Page 4 of 6

understood and voluntarily accepted by Releasor for the purpose of making a full and final compromise and settlement of the claims referred to herein.

Dated: 6/12/06

*Julia Walker*
Julia Walker

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

  THIS IS TO CERTIFY that on the 12th day of June, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned as such, this day personally appeared **Julia Walker**, known to me and to me known to be the person named in and who executed the foregoing instrument, and she acknowledged to me that she executed the same freely and voluntarily, with knowledge of its contents, for the uses and purposes therein set forth.

  Witness my hand and seal the day and year last above written.

*Peggy S Crowe*
NOTARY PUBLIC for Alaska
My commission expires: 7/29/06

### Statement of Attorney for Releasor

  I, Edwin S. Budge, declare that I am the attorney representing the Releasor, and the Releasor is capable of understanding the terms, provisions and effects of this Release, all of which I have carefully and fully explained to her, and that she has represented to me that she understands all the terms thereof and the significance of the said terms. The Releasor has signed this Release on my advice.

Dated: 6/12/06      By: _____
          Edwin S. Budge
          Attorney at Law

Settlement and Release
*Walker, et al. v. Henderson, et al.*
A05-0176 CV
Page 4 of 4

Exhibit D
Page 5 of 6

## Cheryl

**From:** MLessmeier@cs.com
**Sent:** Wednesday, November 15, 2006 7:42 PM
**To:** l-w@gci.net
**Subject:** Wallace Exhibits

Cheryl, I will fax the Wallace exhibits. There will be no cover page. A is the July 15, 2004 Request for Deferral (1 Page); B is the July 20, 2004 Booking Record (1 Page); C is the shift roster, (4 Pages). D is the release I just sent via e mail. E is the Alaska Airlines page you will need to download. Thanks, Mike.

Exhibit D
page 6 of 6

# Alaska Airlines / Horizon Air

NUEVO En Español | My Account | My Trips | Sign In

Reservations ▼ | Deals ▼ | Day of Flight ▼ | Destinations ▼ | Mileage Plan ▼ | More... ▼

Air Fares  Hotel Rooms  Car Rentals  Vacation Packages  Schedules  Electronic Timetables  Route Map  Show All...

SEARCH  SELECT

## Available Flights

All fares are quoted in U.S. dollars and are per person, one way, and subject to change without notice until held or purchased.

**$683.10** *Lowest complete roundtrip fare* on this page ($343.80 departing + $339.30 return) Taxes & fees included.

**Fares Selected**
Departing Flight: ---
Return Flight: ---
Total for 1: ---
Taxes & fees included

Change Search | Clear All Selections

● **Select Departing Flight** or view Complete Roundtrips only

From: Ketchikan (KTN) To: Anchorage (ANC) on Mon, Nov 20

Sort flights by: ● Number of Stops ○ Departure ○ Arrival ○ Price    Flights Displayed: All Flights

| Operated by | Flight | Departs | Arrives | Stops & Details | Hot Deals | Bargain | Value | Full Flex | First Class | Partner Fares |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | AS60 | 8:55 am | 11:53 am | 0 | | | $727.90 | $807.90 | | |
| Alaska | AS187 | 2:45 pm | 5:24 pm | 0 | | | | | | |
| | | | Total Duration: 8 hr 29 min | | | | | | | |
| Alaska | AS60 | 8:55 am | 11:53 am | 0 | | | $727.90 | $807.90 | | |
| Alaska | AS195 | 3:30 pm | 6:13 pm | 0 | | | | | | |
| | | | Total Duration: 9 hr 18 min | | | | | | | |
| Alaska | AS60 | 8:55 am | 11:53 am | 0 | | | $727.90 | $807.90 | $917.90 | |
| Alaska | AS115 | 4:16 pm | 7:04 pm | 0 | | | | | | |
| | | | Total Duration: 10 hr 9 min | | | | | | | |
| Alaska | AS60 | 8:55 am | 11:53 am | 0 | | | $727.90 | $807.90 | $917.90 | |
| Alaska | AS193 | 6:20 pm | 8:59 pm | 0 | | | | | | |
| | | | Total Duration: 12 hr 4 min | | | | | | | |
| Alaska | AS60 | 8:55 am | 11:53 am | 0 | | | $767.90 | $807.90 | | |
| Alaska | AS85 | 7:13 pm | 9:56 pm | 0 | | | | | | |
| | | | Total Duration: 13 hr 1 min | | | | | | | |
| Alaska | AS60 | 8:55 am | 11:53 am | 0 | | | $727.90 | $807.90 | $917.90 | |
| Alaska | AS191 | 8:25 pm | 11:10 pm | 0 | | | | | | |
| | | | Total Duration: 14 hr 15 min | | | | | | | |
| Alaska | AS62 | 1:31 pm | 4:21 pm | 0 | | | $727.90 | $807.90 | $917.90 | |
| Alaska | AS193 | 6:20 pm | 8:59 pm | 0 | | | | | | |
| | | | Total Duration: 7 hr 28 min | | | | | | | |
| Alaska | AS62 | 1:31 pm | 4:21 pm | 0 | | | $767.90 | $807.90 | | |
| Alaska | AS85 | 7:13 pm | 9:56 pm | 0 | | | | | | |
| | | | Total Duration: 8 hr 25 min | | | | | | | |
| Alaska | AS62 | 1:31 pm | 4:21 pm | 0 | | | $767.90 | $807.90 | | |
| Alaska | AS119 | 7:55 pm | 10:34 pm | 0 | | | | | | |
| | | | Total Duration: 9 hr 3 min | | | | | | | |
| Alaska | AS62 | 1:31 pm | 4:21 pm | 0 | | | $727.90 | $807.90 | $917.90 | |
| Alaska | AS191 | 8:25 pm | 11:10 pm | 0 | | | | | | |
| | | | Total Duration: 9 hr 39 min | | | | | | | |



Exhibit E
page 1 of 3

http://www.alaskaair.com/Default.aspx    11/16/2006

| | Flight | Departs | Arrives | Stops & Details | Hot Deals | Bargain | Value | Full Flex | First Class | Partner Fares |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | AS62 | 1:31 pm | 4:21 pm | 0 | | | $727.90 | $807.90 | $917.90 | |
| Alaska | AS809 | 9:14 pm | 11:53 pm | 0 | | | | | | |
| | | | Total Duration: 10 hr 22 min | | | | | | | |
| Alaska | AS62 | 1:31 pm | 4:21 pm | 0 | | | $727.90 | $807.90 | $917.90 | |
| | | | Change planes in Seattle (SEA) | | | | | | | |
| Alaska | AS129 | 10:30 pm | 1:11 am | 0 | | | | | | |
| | | | Total Duration: 11 hr 40 min | | | | | | | |
| Alaska | AS64 | 5:58 pm | 8:53 pm | 0 | | | $727.90 | $807.90 | $917.90 | |
| | | | Change planes in Seattle (SEA) | | | | | | | |
| Alaska | AS129 | 10:30 pm | 1:11 am | 0 | | | | | | |
| | | | Total Duration: 7 hr 13 min | | | | | | | |
| Alaska | AS69 | 8:52 pm | 9:52 pm | 0 | | | $433.30 | $468.30 | $528.30 | |
| | | | Change planes in Juneau (JNU) | | | | | | | |
| Alaska | AS73 | 7:24 am | 9:11 am | 0 | | | | | | |
| | | | Total Duration: 12 hr 19 min | | | | | | | |
| Alaska | AS67 | 5:07 pm | 9:53 pm | 2 | | | $343.80 | $393.80 | $423.80 | |
| | | | Total Duration: 4 hr 46 min | | | | | | | |
| Alaska | AS67 | 5:07 pm | 6:04 pm | 0 | | | $464.80 | $504.80 | $564.80 | |
| | | | Change planes in Sitka (SIT) | | | | | | | |
| Alaska | AS73 | 6:00 am | 9:11 am | 1 | | | | | | |
| | | | Total Duration: 16 hr 4 min | | | | | | | |
| Alaska | AS67 | 5:07 pm | 7:26 pm | 1 | | | $433.30 | $468.30 | $528.30 | |
| | | | Change planes in Juneau (JNU) | | | | | | | |
| Alaska | AS73 | 7:24 am | 9:11 am | 0 | | | | | | |
| | | | Total Duration: 16 hr 4 min | | | | | | | |
| Alaska | AS65 | 10:00 am | 3:45 pm | 3 | | | $343.80 | $393.80 | $423.80 | |
| | | | Total Duration: 5 hr 45 min | | | | | | | |
| Alaska | AS65 | 10:00 am | 1:15 pm | 2 | | | $433.30 | $468.30 | $528.30 | |
| | | | Change planes in Juneau (JNU) | | | | | | | |
| Alaska | AS67 | 8:07 pm | 9:53 pm | 0 | | | | | | |
| | | | Total Duration: 11 hr 53 min | | | | | | | |
| Alaska | AS69 | 8:52 pm | 9:52 pm | 0 | | | $430.00 | $465.00 | | |
| | | | Change planes in Juneau (JNU) | | | | | | | |
| Alaska | AS61 | 10:48 am | 2:36 pm | 2 | | | | | | |
| | | | Total Duration: 17 hr 44 min | | | | | | | |

Use our (Currency Converter) to estimate the exchange rate on a fare.

**Select Return Flight** or view Complete Roundtrips only

From: Anchorage (ANC) To: Ketchikan (KTN) on Wed, Nov 22

Sort flights by:  ● Number of Stops  ○ Departure  ○ Arrival  ○ Price    Flights Displayed: All Flights

| Operated by | Flight | Departs | Arrives | Stops & Details | Hot Deals | Bargain | Value | Full Flex | First Class | Partner Fares |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | AS198 | 12:55 am | 5:24 am | 0 | | | $766.40 | $806.40 | | |
| | | | Change planes in Seattle (SEA) | | | | | | | |
| Alaska | AS65 | 8:07 am | 9:20 am | 0 | | | | | | |
| | | | Total Duration: 8 hr 25 min | | | | | | | |
| Alaska | AS198 | 12:55 am | 5:24 am | 0 | | | $766.40 | $806.40 | | |
| | | | Change planes in Seattle (SEA) | | | | | | | |
| Alaska | AS67 | 3:23 pm | 4:27 pm | 0 | | | | | | |
| | | | Total Duration: 15 hr 32 min | | | | | | | |
| Alaska | AS154 | 1:41 am | 6:10 am | 0 | | | $766.40 | $806.40 | | |
| | | | Change planes in Seattle (SEA) | | | | | | | |
| Alaska | AS65 | 8:07 am | 9:20 am | 0 | | | | | | |
| | | | Total Duration: 7 hr 39 min | | | | | | | |
| Alaska | AS154 | 1:41 am | 6:10 am | 0 | | | $766.40 | $806.40 | | |
| | | | Change planes in Seattle (SEA) | | | | | | | |

Exhibit E
page 2 of 3

| Airline | Flight | Depart | Arrive | Stops | | | Price 1 | Price 2 | Price 3 |
|---|---|---|---|---|---|---|---|---|---|
| Alaska | AS67 | 3:23 pm | 4:27 pm | 0 | | | | ○ | ○ |
| | | | Total Duration: 14 hr 46 min | | | | | | |
| Alaska | AS142 | 2:15 am | 6:41 am | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | $766.40 | $806.40 | |
| Alaska | AS65 | 8:07 am | 9:20 am | 0 | | | ○ | ○ | |
| | | | Total Duration: 7 hr 5 min | | | | | | |
| Alaska | AS142 | 2:15 am | 6:41 am | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | $766.40 | $806.40 | |
| Alaska | AS67 | 3:23 pm | 4:27 pm | 0 | | | ○ | ○ | |
| | | | Total Duration: 14 hr 12 min | | | | | | |
| Alaska | AS2 | 8:00 am | 12:30 pm | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | $766.40 | $806.40 | |
| Alaska | AS67 | 3:23 pm | 4:27 pm | 0 | | | ○ | ○ | |
| | | | Total Duration: 8 hr 27 min | | | | | | |
| Alaska | AS2 | 8:00 am | 12:30 pm | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | | $806.40 | |
| Alaska | AS69 | 7:07 pm | 8:12 pm | 0 | | | | ○ | |
| | | | Total Duration: 12 hr 12 min | | | | | | |
| Alaska | AS196 | 9:00 am | 1:30 pm | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | $766.40 | $806.40 | |
| Alaska | AS67 | 3:23 pm | 4:27 pm | 0 | | | ○ | ○ | |
| | | | Total Duration: 7 hr 27 min | | | | | | |
| Alaska | AS196 | 9:00 am | 1:30 pm | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | | $806.40 | |
| Alaska | AS69 | 7:07 pm | 8:12 pm | 0 | | | | ○ | |
| | | | Total Duration: 11 hr 12 min | | | | | | |
| Alaska | AS98 | 10:41 am | 3:14 pm | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | $766.40 | $806.40 | |
| Alaska | AS69 | 7:07 pm | 8:12 pm | 0 | | | ○ | ○ | |
| | | | Total Duration: 9 hr 31 min | | | | | | |
| Alaska | AS82 | 1:04 pm | 5:37 pm | 0 | | | | | |
| | | | Change planes in Seattle (SEA) | | | | $766.40 | $806.40 | |
| Alaska | AS69 | 7:07 pm | 8:12 pm | 0 | | | ○ | ○ | |
| | | | Total Duration: 7 hr 8 min | | | | | | |
| Alaska | AS70 | 7:50 pm | 9:31 pm | 0 | | | | | |
| | | | Change planes in Juneau (JNU) | | | | $416.80 | $466.80 | $526.80 |
| Alaska | AS60 | 7:12 am | 8:15 am | 0 | | | ○ | ○ | ○ |
| | | | Total Duration: 12 hr 25 min | | | | | | |
| Alaska | AS62 | 8:10 am | 12:51 pm | 2 | | | $339.30 | $389.30 | $419.30 |
| | | | Total Duration: 4 hr 41 min | | | | ○ | ○ | ○ |
| Alaska | AS70 | 7:50 pm | 9:31 pm | 0 | | | | | |
| | | | Change planes in Juneau (JNU) | | | | $416.80 | $466.80 | $526.80 |
| Alaska | AS62 | 10:38 am | 12:51 pm | 1 | | | ○ | ○ | ○ |
| | | | Total Duration: 17 hr 1 min | | | | | | |
| Alaska | AS70 | 7:50 pm | 11:02 pm | 1 | | | | | |
| | | | Change planes in Sitka (SIT) | | | | $445.30 | $500.30 | $560.30 |
| Alaska | AS62 | 12:02 pm | 12:51 pm | 0 | | | ○ | ○ | ○ |
| | | | Total Duration: 17 hr 1 min | | | | | | |
| Alaska | AS62 | 8:10 am | 9:58 am | 0 | | | | | |
| | | | Change planes in Juneau (JNU) | | | | $431.80 | $466.80 | $526.80 |
| Alaska | AS64 | 2:10 pm | 5:18 pm | 2 | | | ○ | ○ | ○ |
| | | | Total Duration: 9 hr 8 min | | | | | | |
| Alaska | AS64 | 11:43 am | 5:18 pm | 3 | | | $339.30 | $389.30 | $419.30 |
| | | | Total Duration: 5 hr 35 min | | | | ○ | ○ | ○ |
| Alaska | AS66 | 3:29 pm | 7:16 pm | 2 | | | | | |
| | | | Change planes in Juneau (JNU) | | | | $413.50 | $463.50 | |
| Alaska | AS60 | 7:12 am | 8:15 am | 0 | | | ○ | ○ | |
| | | | Total Duration: 16 hr 46 min | | | | | | |



Exhibit E  
page 3 of 3

http://www.alaskaair.com/Default.aspx        11/16/2006