**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, AND LINDA MONTECILLO, AND ERNEST MELOCHE, M.D., <br><br> Defendants. | NO. A05-0176 CV (RRB) <br><br> ORDER DENYING DEFENDANT'S MOTION FOR INTRA-DISTRICT TRANSFER TO KETCHIKAN <br><br> (Proposed) |

This matter came before the Court on Defendant's Motion for Intra-District Transfer to Ketchikan.

ORDER                                    1

The Court has considered the motion and materials filed in support thereof and in opposition thereto and orders that the motion is hereby denied.

DATED this ___ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Judge

ORDER                                    2

The undersigned certifies that on the 21st day of November, 2006, the foregoing document was served via electronic service to the following attorney of record:

    Michael Lessmeier
    Lessmeier & Winters, LLC
    3000 Vintage Blvd., Suite 100
    Juneau, AK 99801

DATED this 21st day of November, 2006.

_____
Edwin S. Budge, *pro hac vice*

ORDER          3