**Erik J. Heipt**, *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone:  206-624-3060
Facsimile:  206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

JULIA WALKER,  individually and as                  )
Personal Representative of the ESTATE OF       )    NO. A05-0176 CV  (RRB)
TROY WALLACE,                                                  )
                                                                            )
                      Plaintiffs,                                   )    DECLARATION OF EDWIN S. BUDGE
                                                                            )
          v.                                                                )
                                                                            )
                                                                            )
DAVID D. HENDERSON, LAURI A.                       )
MURRAY, WALTER T. RUD, SHERRI L.             )
DAVIS, EDWIN D. IRIZARRY, LINDA                 )
MONTECILLO AND ERNEST MELOCHE,          )
M.D.                                                                       )
                                                                            )
                      Defendants.                                 )
_____)

EDWIN S. BUDGE declares as follows:

DECLARATION OF
EDWIN S. BUDGE                          1

1.   I am one of the attorneys for the plaintiff in this matter. I have personal knowledge of the matters stated herein and am otherwise competent to testify thereto.

2.   Attached hereto as Exhibit 1 is a true and correct copy of *Table DP-1 2000 Profile of General Demographic Characteristics for Ketchikan city, Alaska* as published by the U.S. Census Bureau.

3.   Attached hereto as Exhibit 2 is a true and correct copy of a document published by the U.S. Census Bureau entitled: *State & County QuickFacts, Ketchikan Gateway Borough, Alaska.* The document is publicly accessible from the following website: http://quickfacts.census.gov/qfd/states/02/02130.html.

4.   Attached hereto as Exhibit 3 is a true and correct copy of Defendant Meloche's Responses to Plaintiff's Third Discovery Requests.

5.   Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Witness List.

6.   Attached hereto as Exhibit 5 are true and correct copies of pages from the Deposition of Linda Monticello, as cited in Plaintiff's Memorandum in Opposition to Defendants' Motion for Intra-District Transfer to Ketchikan.

7.   Attached hereto as Exhibit 6 is a true and correct copy of Defendant Ernest Meloche's Witness List.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 21st day of November, 2006 at Seattle, Washington.

_____
Edwin S. Budge

DECLARATION OF
EDWIN S. BUDGE                    2

The undersigned certifies that on the 21st day of November, 2006, the foregoing document was served via electronic service to the following attorney of record:

Michael Lessmeier
Lessmeier & Winters, LLC
3000 Vintage Blvd., Suite 100
Juneau, AK 99801

DATED this 21st day of November, 2006.

_____
Edwin S. Budge, *pro hac vice*

DECLARATION OF
EDWIN S. BUDGE                    3

DECLARATION OF EDWIN S. BUDGE

EXHIBIT 1

**Table DP-1. Profile of General Demographic Characteristics: 2000**

Geographic Area: Ketchikan city, Alaska

[For information on confidentiality protection, nonsampling error, and definitions, see text]

| Subject | Number | Percent | Subject | Number | Percent |
|---|---|---|---|---|---|
| Total population........................... | 7,922 | 100.0 | **HISPANIC OR LATINO AND RACE** | | |
| | | | Total population......................... | 7,922 | 100.0 |
| **SEX AND AGE** | | | Hispanic or Latino (of any race)............... | 268 | 3.4 |
| Male................................... | 3,994 | 50.4 | Mexican................................. | 160 | 2.0 |
| Female................................. | 3,928 | 49.6 | Puerto Rican............................ | 17 | 0.2 |
| | | | Cuban.................................. | 4 | 0.1 |
| Under 5 years .......................... | 566 | 7.1 | Other Hispanic or Latino ................... | 87 | 1.1 |
| 5 to 9 years ........................... | 577 | 7.3 | Not Hispanic or Latino ...................... | 7,654 | 96.6 |
| 10 to 14 years ......................... | 611 | 7.7 | White alone.............................. | 5,197 | 65.6 |
| 15 to 19 years ......................... | 590 | 7.4 | | | |
| 20 to 24 years ......................... | 455 | 5.7 | **RELATIONSHIP** | | |
| 25 to 34 years ......................... | 1,055 | 13.3 | Total population......................... | 7,922 | 100.0 |
| 35 to 44 years ......................... | 1,393 | 17.6 | In households............................. | 7,740 | 97.7 |
| 45 to 54 years ......................... | 1,203 | 15.2 | Householder............................ | 3,197 | 40.4 |
| 55 to 59 years ......................... | 425 | 5.4 | Spouse ................................ | 1,361 | 17.2 |
| 60 to 64 years ......................... | 307 | 3.9 | Child.................................. | 2,354 | 29.7 |
| 65 to 74 years ......................... | 395 | 5.0 | Own child under 18 years ................ | 1,951 | 24.6 |
| 75 to 84 years ......................... | 257 | 3.2 | Other relatives ........................ | 331 | 4.2 |
| 85 years and over........................ | 88 | 1.1 | Under 18 years ...................... | 121 | 1.5 |
| Median age (years)....................... | 35.8 | (X) | Nonrelatives ........................... | 497 | 6.3 |
| | | | Unmarried partner.................... | 218 | 2.8 |
| 18 years and over........................ | 5,797 | 73.2 | In group quarters......................... | 182 | 2.3 |
| Male................................... | 2,941 | 37.1 | Institutionalized population................. | 116 | 1.5 |
| Female................................. | 2,856 | 36.1 | Noninstitutionalized population ............... | 66 | 0.8 |
| 21 years and over........................ | 5,482 | 69.2 | | | |
| 62 years and over........................ | 909 | 11.5 | **HOUSEHOLD BY TYPE** | | |
| 65 years and over........................ | 740 | 9.3 | Total households........................ | 3,197 | 100.0 |
| Male................................... | 330 | 4.2 | Family households (families)................ | 1,956 | 61.2 |
| Female................................. | 410 | 5.2 | With own children under 18 years .......... | 1,083 | 33.9 |
| | | | Married-couple family .................... | 1,361 | 42.6 |
| **RACE** | | | With own children under 18 years .......... | 663 | 20.7 |
| One race ............................... | 7,393 | 93.3 | Female householder, no husband present .... | 444 | 13.9 |
| White.................................. | 5,340 | 67.4 | With own children under 18 years .......... | 320 | 10.0 |
| Black or African American .................. | 59 | 0.7 | Nonfamily households ...................... | 1,241 | 38.8 |
| American Indian and Alaska Native........... | 1,394 | 17.6 | Householder living alone ................... | 1,014 | 31.7 |
| Asian.................................. | 543 | 6.9 | Householder 65 years and over........... | 253 | 7.9 |
| Asian Indian ........................... | 11 | 0.1 | | | |
| Chinese............................... | 9 | 0.1 | Households with individuals under 18 years ..... | 1,164 | 36.4 |
| Filipino................................ | 483 | 6.1 | Households with individuals 65 years and over .. | 540 | 16.9 |
| Japanese.............................. | 17 | 0.2 | | | |
| Korean................................ | 10 | 0.1 | Average household size..................... | 2.42 | (X) |
| Vietnamese............................ | 6 | 0.1 | Average family size......................... | 3.07 | (X) |
| Other Asian [1] ........................ | 7 | 0.1 | | | |
| Native Hawaiian and Other Pacific Islander.... | 16 | 0.2 | **HOUSING OCCUPANCY** | | |
| Native Hawaiian........................ | 2 | - | Total housing units...................... | 3,645 | 100.0 |
| Guamanian or Chamorro................. | 2 | - | Occupied housing units ...................... | 3,197 | 87.7 |
| Samoan............................... | 10 | 0.1 | Vacant housing units........................ | 448 | 12.3 |
| Other Pacific Islander [2] ................. | 2 | - | For seasonal, recreational, or | | |
| Some other race ......................... | 41 | 0.5 | occasional use ......................... | 65 | 1.8 |
| Two or more races ........................ | 529 | 6.7 | | | |
| | | | Homeowner vacancy rate (percent)............ | 2.6 | (X) |
| *Race alone or in combination with one* | | | Rental vacancy rate (percent).................. | 12.0 | (X) |
| *or more other races:* [3] | | | | | |
| White.................................. | 5,815 | 73.4 | **HOUSING TENURE** | | |
| Black or African American .................. | 104 | 1.3 | Occupied housing units ................. | 3,197 | 100.0 |
| American Indian and Alaska Native............. | 1,802 | 22.7 | Owner-occupied housing units .............. | 1,627 | 50.9 |
| Asian.................................. | 647 | 8.2 | Renter-occupied housing units .............. | 1,570 | 49.1 |
| Native Hawaiian and Other Pacific Islander...... | 47 | 0.6 | Average household size of owner-occupied units. | 2.65 | (X) |
| Some other race ......................... | 85 | 1.1 | Average household size of renter-occupied units . | 2.18 | (X) |

- Represents zero or rounds to zero.    (X) Not applicable.
[1] Other Asian alone, or two or more Asian categories.
[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.
[3] In combination with one or more of the other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.

Source: U.S. Census Bureau, Census 2000.

DECLARATION OF EDWIN S. BUDGE

EXHIBIT 2

# U.S. Census Bureau

State & County QuickFacts

## Ketchikan Gateway Borough, Alaska

| People QuickFacts | Ketchikan Gateway Borough | Alaska |
|---|---|---|
| Population, 2005 estimate | 13,262 | 663,661 |
| Population, percent change, April 1, 2000 to July 1, 2005 | -5.7% | 5.9% |
| Population, 2000 | 14,070 | 626,932 |
| Population, percent change, 1990 to 2000 | 1.8% | 14.0% |
| Persons under 5 years old, percent, 2004 | 6.5% | 7.6% |
| Persons under 18 years old, percent, 2004 | 26.4% | 28.7% |
| Persons 65 years old and over, percent, 2004 | 9.1% | 6.4% |
| Female persons, percent, 2004 | 49.1% | 48.3% |
| White persons, percent, 2004 (a) | 74.1% | 70.7% |
| Black persons, percent, 2004 (a) | 0.7% | 3.6% |
| American Indian and Alaska Native persons, percent, 2004 (a) | 15.6% | 15.8% |
| Asian persons, percent, 2004 (a) | 5.3% | 4.5% |
| Native Hawaiian and Other Pacific Islander, percent, 2004 (a) | 0.0% | 0.6% |
| Persons reporting two or more races, percent, 2004 | 4.2% | 4.7% |
| Persons of Hispanic or Latino origin, percent, 2004 (b) | 3.1% | 4.9% |
| White persons, not Hispanic, percent, 2004 | 71.8% | 66.9% |
| Living in same house in 1995 and 2000, pct age 5+, 2000 | 48.7% | 46.2% |
| Foreign born persons, percent, 2000 | 5.7% | 5.9% |
| Language other than English spoken at home, pct age 5+, 2000 | 8.2% | 14.3% |
| High school graduates, percent of persons age 25+, 2000 | 89.6% | 88.3% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 20.2% | 24.7% |
| Persons with a disability, age 5+, 2000 | 2,054 | 83,220 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 14.8 | 19.6 |
| Housing units, 2004 | 6,475 | 271,533 |
| Homeownership rate, 2000 | 60.7% | 62.5% |
| Housing units in multi-unit structures, percent, 2000 | 40.0% | 27.0% |
| Median value of owner-occupied housing units, 2000 | $165,000 | $144,200 |
| Households, 2000 | 5,399 | 221,600 |
| Persons per household, 2000 | 2.56 | 2.74 |
| Per capita money income, 1999 | $23,994 | $22,660 |

| | | |
|---|---|---|
| Median household income, 2003 | $50,129 | $52,391 |
| Persons below poverty, percent, 2003 | 8.1% | 9.9% |

| Business QuickFacts | Ketchikan Gateway Borough | Alaska |
|---|---|---|
| Private nonfarm establishments, 2003 | 559 | 19,176[1] |
| Private nonfarm employment, 2003 | 4,526 | 216,807[1] |
| Private nonfarm employment, percent change 2000-2003 | -11.0% | 5.8%[1] |
| Nonemployer establishments, 2003 | 1,208 | 48,853 |
| Manufacturers shipments, 2002 ($1000) | D | 3,832,024 |
| Retail sales, 2002 ($1000) | 219,320 | 7,437,071 |
| Retail sales per capita, 2002 | $16,155 | $11,605 |
| Minority-owned firms, percent of total, 1997 | 9.5% | 16.7% |
| Women-owned firms, percent of total, 1997 | 18.5% | 25.9% |
| Housing units authorized by building permits, 2004 | 42 | 3,133[1] |
| Federal spending, 2004 ($1000) | 128,992 | 8,445,389[1] |

| Geography QuickFacts | Ketchikan Gateway Borough | Alaska |
|---|---|---|
| Land area, 2000 (square miles) | 1,233 | 571,951 |
| Persons per square mile, 2000 | 11.4 | 1.1 |
| FIPS Code | 130 | 02 |
| Metropolitan or Micropolitan Statistical Area | Ketchikan, AK Micro Area | |

1: Includes data not distributed by county.

|

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

FN: Footnote on this item for this area in place of data
NA: Not available
D: Suppressed to avoid disclosure of confidential information
X: Not applicable
S: Suppressed; does not meet publication standards
Z: Value greater than zero but less than half unit of measure shown
F: Fewer than 100 firms

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2000 Census of Population and Housing, 1990 Census of Population and Housing, Small Area Income and Poverty Estimates, County Business Patterns, 1997 Economic Census, Minority- and Women-Owned Business, Building Permits, Consolidated Federal Funds Report, 1997 Census of Governments

Last Revised: Thursday, 08-Jun-2006 09:29:43 EDT

DECLARATION OF EDWIN S. BUDGE

EXHIBIT 3

Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax     (907) 796-4998
Attorneys for Defendant Ernest Mcloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as
Personal Representative of the
ESTATE OF TROY WALLACE,

Plaintiffs,

vs.

DAVID D. HENDERSON, LAURI A.
MURRAY, WALTER T. RUD,
SHERRI L. DAVIS, EDWIN D.
IRIZARRY, LINDA MONTECILLO,
and ERNEST MELOCHE, M.D.,

Defendants.

Case No. A05-176 CV (RRB)

**DEFENDANT MELOCHE'S
RESPONSES TO
PLAINTIFF'S THIRD
DISCOVERY REQUESTS**

COMES NOW Defendant Ernest Meloche, M.D., and hereby responds to

Plaintiff's third discovery requests as follows:

INTERROGATORY NO. 1: How long have you lived in the Ketchikan

community?

RESPONSE: Since June 21, 1989.

INTERROGATORY NO. 2: How long have you practiced medicine in the

Ketchikan community?

RESPONSE: Since June 21, 1989.

INTERROGATORY NO. 3: Please identify all clubs, associations,

community organizations or public service groups that you have been a member of,

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

or provided paid or volunteer services for, in the past ten years.

RESPONSE: I am currently the medical director for the North Tongass Fire Department and a medical consultant for Guardian Flight, Inc. I have previously been the medical director for the communities on Prince of Wales Island. I am a medical director for the Alaska Marine Highway System. I give donations to the Ketchikan Arts Council, the First City Players and the First City Ballet, but am not actively involved in any of those organizations.

INTERROGATORY NO. 4: In connection with your work as a physician practicing in the Ketchikan area, please estimate the total number of patients you have seen or treated in the past ten years. You can either choose your own best estimate or choose one of the choices below:

    (a)   0-250:

    (b)   250-500;

    (c)   500-750;

    (d)   750-1000; or

    (e)   More than 1000.

RESPONSE: My estimate is that it is probably more than 1000.

INTERROGATORY NO. 5: Please identify all family members (including ex-spouses, if any) who reside in the Ketchikan area and state their relationship to you.

RESPONSE: None.

INTERROGATORY NO. 6: For every family member (including ex-spouses, if any) who resides in the Ketchikan area, please identify any clubs, associations, community organizations or public service groups that you know them to have been a member of or actively involved, in the past ten years, state their profession and places of employment, and identify any Ketchikan area schools you know them to have attended.

*Defendant Meloche's Responses to Plaintiff's Third Discovery Requests*
*Walker, Estate Wallace v. Henderson et al.; Case No. A05-176 CV (RRB)*    Page 2 of 4

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

RESPONSE: None.

INTERROGATORY NO. 7: What community activities do you regularly attend or participate in?

RESPONSE: I regularly attend shows in Ketchikan having to do with art, music and/or dance. I have acted as the photographer for the Arts Council. I teach classes on medical care, such as ACLS. I also attend the Monthly Grind, which is a monthly performance during the winter months of local performers.

## VERIFICATION

STATE OF ALASKA        )
                       )  ss:
FIRST JUDICIAL DISTRICT )

I, Ernest Meloche, M.D., being first duly sworn upon oath, depose and state that the within and foregoing responses to the Interrogatories are true and complete to the best of my knowledge and belief and I have executed it freely and voluntarily for the purposes set forth herein.

_____         _____
Date                            Ernest Meloche, M.D.

Subscribed and sworn to before me this ___ day of November, 2006.

                                _____
                                Notary Public in and for Alaska
                                My Commission Expires: _____

DATED this 14th day of November, 2006, at Juneau, Alaska.

                        LESSMEIER & WINTERS
                        Attorneys for Defendant Ernest Meloche

                        By: _____
                        Michael L. Lessmeier, AK Bar 7910082

*Defendant Meloche's Responses to Plaintiff's Third Discovery Requests*
*Walker, Estate Wallace v. Henderson et al.; Case No. A05-176 CV (RRB)*    Page 3 of 4

LESSMEIER & WINTERS
LAWYERS · LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 795-4999 · FACSIMILE (907) 796-4998

The undersigned hereby certifies that on the 14th of November, 2006, a copy of the foregoing document was faxed to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

0034-078 RespPlntfs3rdDiscReq.wpd

LESSMEIER & WINTERS
LAWYERS · LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

DECLARATION OF EDWIN S. BUDGE

EXHIBIT 4

**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone:  206-624-3060
Facsimile:  206-621-7323

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER,  individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D.,<br><br>Defendants. | NO. A05-0176 CV  (RRB)<br><br>PLAINTIFF'S WITNESS LIST |

Plaintiff hereby discloses the following witnesses for trial:

<u>LAY WITNESSES</u>

1.    Julia Walker, c/o Budge & Heipt, PLLC, 705 Second Ave., Suite 910, Seattle, WA. Ms. Walker may be called to testify about the events and circumstances that form the basis for the complaint and the relief requested therein, including damages.

2.    Josh Walker, c/o Budge & Heipt, PLLC, 705 Second Ave., Suite 910, Seattle, WA. Mr. Walker may be called to testify about issues relevant to damages.

3.    Jenny Simpson, PO Box 23614, Ketchikan, AK 99901, 907-225-8941. Ms. Simpson may be called to testify about the events and circumstances preceding Mr. Wallace's incarceration as well as information relevant to damages.

4.    Linda Monticello, 1201 Schoenbar Rd., Ketchikan, AK 99901. Nurse Monticello may be called to testify about the issues that form the basis for the complaint and the relief requested therein including her involvements and interactions with Mr. Wallace and Dr. Meloche and all the issues she testified about in her deposition.

5.    Dr. Earnest Meloche, c/o defense counsel. Dr. Meloche may be called to testify about the issues that form the basis for the complaint and the relief requested therein including his involvement and/or lack thereof in the treatment and care of Mr. Wallace.

<u>EXPERT WITNESSES</u>

1.    Werner U. Spitz, M.D. (Address and other contact information contained within report disclosed to defense). Dr. Spitz may be called to testify about all matters contained in his report and/or supplemental materials.

2.    Richard O. Cummins, M.D. (Address and other contact information contained within report disclosed to defense). Dr. Cummins may be called to testify about all matters contained in his report and/or supplemental materials.

3.    Joe Goldenson, M.D. (Address and other contact information contained within report disclosed to defense). Dr. Goldenson may be called to testify about all matters contained in his report and/or supplemental materials.

4.    Eugene Silberberg, Ph.D. (Address and other contact information contained within report disclosed to defense). Dr. Silberberg may be called to testify about all matters contained in his report and/or supplemental materials.

OTHER

1.    Plaintiff may elect to call, in her case in chief, any witnesses disclosed by the defense in its disclosures.

2.    Rebuttal Witnesses, whose testimony cannot be reasonably anticipated before trial.

3.    Witnesses necessary solely to authenticate documents other than those listed above.

Dated this 14 day of November, 2006.

Erik J. Heipt, *pro hac vice*
Edwin S. Budge, *pro hac vice*
Budge & Heipt, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104

The undersigned certifies that on the 14th day of November, 2006, the foregoing document was sent via facsimile and overnight delivery U.S. mail to the following attorney of record:

Michael Lessmeier
Lessmeier & Winters, LLC
3000 Vintage Blvd., Suite 100
Juneau, AK 99801

DATED this 14 day of November, 2006.

Edwin S. Budge, *pro hac vice*

DECLARATION OF EDWIN S. BUDGE

EXHIBIT 5

1            UNITED STATES DISTRICT COURT

2              DISTRICT OF ALASKA

3  JULIA WALKER, individually   )
   and as Personal Representative)
4  of the Estate of TROY WALLACE )
                        )

5            Plaintiffs,   )
                        )

6       vs.             )
                        )

7                         )
   DAVID D. HENDERSON, LAURI A. )
8  MURRAY, WALTER T. RUD, SHERRI )
   L. DAVIS, EDWIN D. IRIZARRY, )
9  LINDA MONTICELLO and ERNEST  )
   MELOCHE M.D.           )

10           Defendants.   )  No.  A05-0176 CV

11  _____)_____

12      DEPOSITION ON ORAL EXAMINATION

13                OF

14          LINDA MONTECILLO

15            8:15 a.m.
          September 19, 2006
16    Ketchikan Correctional Center
        1201 Schoenbar Road
17     Ketchikan, Alaska 99901

18

19

20

21

22

23

24

25

|   |   |   |   |
|---|---|---|---|
| 1 |   | jail? | Page 7 |
| 2 | A | Some of it is his medical file.  There are other |   |
| 3 |   | pieces of information that normally does not |   |
| 4 |   | include in the medical file. |   |
| 5 | Q | All right.  Did you review any other records |   |
| 6 |   | other than the materials that you have in front |   |
| 7 |   | of you right now? |   |
| 8 | A | No sir. |   |
| 9 | Q | Did you have any conversations with anybody |   |
| 10 |   | about the subject of this deposition before we |   |
| 11 |   | started today? |   |
| 12 | A | Yes I did. |   |
| 13 | Q | Who was that? |   |
| 14 | A | Paula Jacobson. |   |
| 15 | Q | Anybody else? |   |
| 16 | A | No sir. |   |
| 17 | Q | Okay.  Have you reviewed any documents related |   |
| 18 |   | to this case in the past two weeks besides what |   |
| 19 |   | you have in front of you today? |   |
| 20 | A | No sir. |   |
| 21 | Q | Can you take me through your educational history |   |
| 22 |   | since high school please? |   |
| 23 | A | I graduated high school -- Ketchikan High |   |
| 24 |   | School, in May, 1975.  I went to nursing school |   |
| 25 |   | and I graduated nursing school in Sibudokus (ph) |   |

Page 8

```
 1        College of Nursing in the Philippines.  I

 2        graduated in April of two -- no, 1982.  And I

 3        received a bachelor's degree in nursing at that

 4        time.

 5   Q    Did you say 1982?

 6   A    Yes.

 7   Q    And when did you graduate from Ketchikan High?

 8   A    1975.  It took me five years to finish.

 9   Q    Oh, I'm sorry.  That's perfectly reasonable.  I

10        just had it confused in my head that you were

11        born in 1975.

12   A    I was born in.....

13   Q    Right.

14   A    .....1956.

15   Q    Got it.  And any other higher education besides

16        nursing school?

17   A    That's it.

18   Q    All right.  Please describe your work history

19        since graduating from nursing school in 1982.

20   A    I worked at the Ketchikan General Hospital,

21        first as a nurse's aid, and then I went into

22        surgery and I was a certified scrub technician

23        for I don't know how many years.  And then I

24        passed the state board -- I can't give you the

25        exact dates, and I worked as a registered nurse
```

```
 1            in the hospital.  Most of my experience is in

 2            surgery and I came here to the Department of

 3            Corrections in December of 1991 and I've been

 4            here since then.

 5   Q    Have you worked at any other jails or

 6            correctional facilities other than the Ketchikan

 7            Correctional Center?

 8   A    I put in possibly a week at the jail in Bethel

 9            to fill in.  But it was still under Department

10            of Corrections.

11   Q    Okay.  But other than that one week, your

12            employment with the Department of Corrections

13            has involved your work here at.....

14   A    Correct.

15   Q    .....the Ketchikan Correctional Center?

16   A    Correct.

17   Q    From roughly when to when did you work at the

18            Ketchikan General Hospital?

19   A    From 1982 until 1991.

20   Q    And you said you began as a nurse's aid?

21   A    Yes.

22   Q    And then what was your -- what was your position

23            in surgery?

24   A    I was a certified scrub technician.

25   Q    Okay.  And when did you pass the state board?
```

1      concerning any inmate?

2   A   No.

3   Q   Have you ever heard from any source about any

4      derogatory or inappropriate comments made by Dr.

5      Meloche concerning an inmate?

6   A   No.

7   Q   Have you worked with Dr. Meloche outside the

8      context of your work for the KCC?

9   A   No.

10   Q   You did not work for -- with him while you were

11      working for Ketchikan hospital?

12   A   No.

13   Q   Do you know Dr. Meloche socially?

14   A   Yes.

15   Q   All right, and where have -- where have you

16      socialized with him?

17   A   Gatherings, at parties.

18   Q   What kind of gatherings or parties?

19   A   Birthday parties.

20   Q   Okay.

21   A   Performances, ballet performances.

22   Q   All right.  What else?

23   A   He took us on a plane ride.

24   Q   You and who else?

25   A   My family.

da Monticello

1    Q    Okay.  He's a pilot?

2    A    Yes.

3    Q    And when did he take you and your family on a

4         plane ride?

5    A    This year.

6    Q    Where did you go?

7    A    Misty Fjords.

8    Q    I beg your pardon?

9    A    Misty Fjords.

10   Q    All right.  What else have you done with Dr.

11        Meloche?

12   A    That's it.

13   Q    And when he took you and your family on the

14        plane ride, how did it come about that he took

15        you on the plane ride?

16   A    One day we were just talking and he said

17        something about flying and Misty Fjords and I

18        made a statement, I said you know, I've lived

19        here since 1967, I have never done that.

20   Q    Okay.

21   A    And he said, you pick a time, I'll take you.

22   Q    If you had to do anything over again, insofar as

23        it pertains to Troy Wallace, is there anything

24        that you would have done differently, looking

25        back on it, in retrospect?

Linda Monticello

```
 1                  A F F I D A V I T
 2    State of Alaska           )
 3            ss                )
 4    FIRST JUDICIAL DISTRICT   )
 5
 6        I have read my within deposition, and the same
 7    is true and correct save and except for any
 8    CORRECTIONS as noted on the CORRECTION PAGE
 9    immediately following, attached hereto and made part
10    of this deposition transcript.
11                            Linda Monticello
12                            Linda Monticello
13        SIGNED AND SWORN TO before me, this 14th
14    day of   October  , 2006
15
16
17        Notary Public for the State of Alaska
18        My commission expires: Dec. 14, 2006
19         ┌─────────────────────────────────┐
          │       Notary Public             │
20        │    CORAZON V. MANABAT           │
          │      State of Alaska            │
21        │ My Commission Expires Dec. 14, 2006 │
          └─────────────────────────────────┘
22
23
24
25
                                          Page 152
```

Linda Monticello

```
 1              C O R R E C T I O N S
 2         Pursuant to Alaska Rules of Civil Procedure,
 3    Rule 30(e), upon review of your deposition you are
 4    entitled to indicate changes or corrections to be
 5    included and made part of the original deposition.
 6         Please make all changes or corrections on this
 7    sheet, showing page and line numbers, the change or
 8    correction and reason for said change or correction.
 9         Use additional sheets if necessary, sign each
10    one at the bottom, and include them with this
11    transcript.  If there are no corrections, please
12    write on this sheet "None", and sign at the bottom.
13    PAGE       LINE       CORRECTION/CHANGE and REASON
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22
23                        Linda Monticello
24    Signature here and notarized signature of "AFFIDAVIT"
25
```

Page 153

SEAK Professional Services, LLC
2415 Hemlock Street, Suite 104, Ketchikan, Alaska 99901

DECLARATION OF EDWIN S. BUDGE

EXHIBIT 6

Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, | |
| Plaintiffs, | Case No. A05-176 CV  (RRB) |
| vs. | |
| DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D., | **DEFENDANT ERNEST MELOCHE'S WITNESS LIST** |
| Defendants. | |

COMES NOW Defendant Ernest Meloche, M.D., and hereby submits his witness list as follows:

1-4.    David D. Henderson
Laurie A. Murray
Walter T. Rud
Sharri L. Davis
c/o Ketchikan Correctional Center
1201 Schoenbar Road
Ketchikan, AK 99901
(907) 225-2828

Named defendants. Each is a corrections officers employed by the State of Alaska at Ketchikan Correctional Center (KCC) at the time of Mr. Wallace's

*Defendant Ernest Meloche's Witness List*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                    Page 1 of 6

incarceration. According to the KCC records, these individuals, along with Mr. Irizarry, were on duty from 1800 hours on 23 July 2004 to 0600 hours on Saturday 24 July 2004, as well as earlier during the period of Mr. Wallace's incarceration. Each is expected to testify in person.

 5. Dr. Ernest Meloche
   c/o Lessmeier & Winters, LLC
   3000 Vintage Blvd., Suite 100
   Juneau, AK 99801
   (907)796-4999

Dr. Meloche is a named defendant in this lawsuit. He is expected to testify in person.

 6. Edwin D. Irizarry
   Ketchikan, Alaska
   (907) 225-1771

Mr. Irizarry is a named defendant and was a correctional officer at KCC at the time of Mr. Wallace's incarceration. According to KCC records, he was on duty from 1800 hours on 23 July 2004 to 0600 hours on Saturday 24 July 2004, as well as early during the period of Mr. Wallace's incarceration. He is expected to testify in person.

 7. Linda Monticello, R.N.
   c/o Ketchikan Correctional Center
   1201 Schoenbar Road
   Ketchikan, AK 99901
   (907) 225-2828

Ms. Monticello is a named defendant and a nurse employed by KCC. She provided care to Mr. Wallace during his incarceration at KCC and is expected to testify in person.

 8.-21. James H. Campbell
   Patrick M. Cassin
   Holly J. Cloudy
   Kenneth W. Comstock

*Defendant Ernest Meloche's Witness List*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*    Page 2 of 6

LESSMEIER & WINTERS
LAWYERS · LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

Audie Ellis
David R. Gregory
Anthoney Hahn
Walter Headley
Edward V. Hendricks
Gerald Holderman
Jason A. Keirn
Brian T. Miller
Kevin G. Morley
Michael Ross
c/o Ketchikan Correctional Center
1201 Schoenbar Road
Ketchikan, AK 99901
(907) 225-2828

The above-named persons were employed as correctional officers at KCC at the time of Mr. Wallace's incarceration. According to KCC records, CO Ellis, CO Headley, CO Hendricks, CO Cloudy, CO Morley and CO Keirn were on duty from 0600 hours to 1800 hours on 23 July 2004. Each is expected to testify in person. All of the correctional officers listed were on duty at various times during the time of Mr. Wallace's incarceration and to the extent any have relevant knowledge of Mr. Wallace, each is expected to testify in person.

22.    Dr. Susan Klinger
Deputy Medical Examiner
State of Alaska
4500 South Boniface Parkway
Anchorage, AK 99507
(907) 334-2200

Dr. Klinger performed the autopsy on Troy Wallace and is expected to testify telephonically.

23.    Julia Walker
c/o Budge and Heipt
705 Second Ave., Suite 910
Seattle, WA 98104

*Defendant Ernest Meloche's Witness List*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                                    Page 3 of 6

LESSMEIER & WINTERS
LAWYERS · LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

Ms. Walker is the plaintiff and personal representative of the Estate of Troy Wallace.

24.    Allen Baily
       Ketchikan Correctional Center
       Ketchikan, AK 99901
       (907) 225-2828

Mr. Baily is the long time superintendent of KCC and has knowledge of the facility history, KCC policies and procedures, and Dr. Meloche.

25.    Dr. John Roberts
       Current address unknown.

Dr. Roberts is believed to be a former medical director for the State of Alaska Department of Corrections. He would have knowledge of the DOC procedures and protocols and may be called as a witness at trial.

26.    State of Alaska Department of Corrections
       c/o Paula Jacobson
       Assistant Attorney General
       State of Alaska Department of Law
       1031 W. 4th Ave. Suite 200
       Anchorage, Alaska 99501
       (907) 269-5190

State of Alaska Department of Corrections employees, including Drs. Luban and Bingham, may have knowledge of the DOC procedures and protocols and if so are expected to testify to that knowledge.

27.    James M. Nania, MD
       Deaconess Medical Center
       West 800 Fifth Avenue
       Spokane, WA 99204
       (509) 473-7100

Expert witness, previously listed and disclosed. It is anticipated that he will testify in person.

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

*Defendant Ernest Meloche's Witness List*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                    Page 4 of 6

28.    Elliot S. Nipomnick, MD, FACEP
P.O. Box 755
Kentfield, CA  94914
(415) 461-5713

Expert witness, previously listed and disclosed.  It is anticipated that he will

testify in person.

29.    Dr. Jim Thompson
P.O. Box 210427
Auke Bay, Alaska  99821

Expert witness, previously listed and disclosed.  It is anticipated that he will

testify in person.

30.    David M. Reaume, PhD, Economist
678 N. Scandia Parkway
Camano Island, WA  98282
(360) 387-0760

Expert witness, previously listed and disclosed.  It is anticipated that he will

testify in person.

31.    Any other State of Alaska Department of Corrections employee who has

knowledge of Mr. Wallace may be called as a witness.

32.    All witnesses listed and/or presented at trial by the plaintiff.

33.    All impeachment and/or rebuttal witnesses.

34.    All records custodians.

35.    All witnesses discovered later as a result of plaintiff's failure to properly

respond to discovery  obligations or as a result of future discovery proceedings.

DATED this 14th day of November, 2006, at Juneau, Alaska.

LESSMEIER & WINTERS
Attorneys for Defendant Dr. Meloche

By: _____
Michael L. Lessmeier, AK Bar 7910082

*Defendant Ernest Meloche's Witness List*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                    Page 5 of 6

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

The undersigned hereby certifies that on the 14th of November, 2006, a copy of the foregoing document was faxed and mailed to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104

0034-078 Witness List.wpd

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

*Defendant Ernest Meloche's Witness List*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                          Page 6 of 6