WALLACE, TROY A.    # 489521    Date of Birth: 10/31/72

| Date | TIME | KFC MEDICAL COMMENTS |
|---|---|---|
| 7/21/04 | 1350 | Remand 07/20/04 to serve time. Denies hx ⊕ PPD - given Tubersol 0.1ml (L) F.A. ID ↑ p 48·72° Vs BP 132/76 mmHg; P· 87/REG; R·20/easy; T·98.2°F concerned of alcohol withdrawal - noted fine hand tremor - denies any hallucination - assured will F/U PRN ↑ symptom. Advised ↑ fluids.  —Linda K. Monteillo RN |
| 7/22/04 | 1400 | Eval. for Poss. DT - Very sweaty - hand tremors. Voicing "things are moving on top of counter". BP 160/104mmHg; P·137/tachy; R·20/easy, taking c̄ sense, offered water & drank - advised will F/U c̄ R̄x |
|  | 1430 | Teleph. call to DR. Meloche. Writer updating this status - To initiate DT Protocol - CLORAZEPATE 15mg - THIAMINE 100mg IM stat then THIAMINE 100mg po Q D x 4 days. - T.O. DR. Meloche/L.Monteillo RN |
| 7/22/04 | 1450 | Given - THIAMINE 100mg IM (L) deltoid muscle - tolerated procedure. CLORAZEPATE 15mg II p.o. given. - Monitor - F/U PRN — L.Monteillo RN |
| 7/23/04 | 0610 | OBSERVED in #224 - was informed by Officer inmate refused to give breakfast tray to cellmate not placed on in Rm 224 |
|  | 0700 | Inmate medicated hand tremors observed cooperative |
|  | 0710 | Escorted to shower officer observing |
|  | 0930 | I/M to exam room - diaphoretic - continues to hallucinate. Continues to be cooperative - VS- BP 115/84mmHg; P - 80/REGULAR; R·20/easy; talks about "just got a job". Offered water to inmate drank fluids s̄ hesitation. Officer Morley present |
|  | 1410 | I/M observed sitting on bunk - writer advised inmate to rest. Inmate nodding fixes blankets. Writer consults c̄ SGT Ellis to make certain inmate eats dinner —Linda K. Morley |

Rev. 12-83

Exhibit F
page 1 of 3

| | O-Objective | A-Assessment | P-Plan |
|---|---|---|---|

WALLACE, TROY A.   # 489521   Date of Birth: 10/31/72

| | TIME | KFC MEDICAL COMMENTS | |
|---|---|---|---|
| /04 | 1350 | Remand 01/20/04 to serve time. Denies hx ⊕ PPD- given Tubersol 0.1ml (L) F.A. ID p̄ 48-72° Vs BP 132/96 mmHg; P-87/REG; R-20/easy; T-98.2°F concerned of alcohol withdrawal - noted fine hand tremor - denies any hallucination - assured will F/U PRN ↑ symptom. Advised ↑ fluids — Linda K. Montecillo RN | |
| /04 | 1400 | Eval. for poss. DT- very sweaty - hand tremors voicing "things are moving on top of counter". BP 160/104 mmHg; P-137/tachy; R-20/easy taking ↓ sence, offered water & drank advised will F/U c̄ Rx | |
| | 1430 | Teleph call to Dr. Meloche writer updating this status - To initiate DT Protocol - CLORAZEPATE 15mg - THIAMINE 100mg IM stat then THIAMINE 100mg po Q D x 4 days. - T.O. Dr. Meloche/L.Montecillo RN | |
| 2/04 | 1450 | Given - THIAMINE 100mg IM (L) deltoid muscle - tolerated procedure CLORAZEPATE 15mg ẍ II p.o. given, - Monitor - F/U PRN — L.Montecillo RN | |
| 1/23/04 | 0610 | Observed in #224 - Was informed by officer inmate refused to give breakfast tray to cellmate had placed in in Rm 224 | |
| | 0700 | Inmate medicated hand tremors observed cooperative | |
| | 0710 | Escorted to shower officer observing | |
| | 0930 | I/M to exam room - diaphoretic - continues to hallucinate continues to be cooperative - VS - BP 115/84 mmHg; P-80/REGULAR R-20/easy. talks about just got a job. Offered water to inmate drank fluids ē hesitation. Officer Morley present | |
| | 1410 | I/M observed sitting on bunk - writer advised inmate to rest Inmate nodding fixes blankets. Writer consults c̄ SGT Ellis to make certain inmate eats dinner. PPD ↑ 48° 00mm (L) F.A. U/E. noted PPD log — Linda K. Montecillo | |
| /04 | 0330 | To facility p̄ teleph report from Officer Murray, ambulance called p̄ evaluation of unresponsiveness | |
| | 0440 | Telephone call to Dr. Meloche inmate expired — Linda K. Montecillo RN | |

Rev 12-93

Exhibit F
page 2 of 3

DOC 0009

| DATE | TIME | KCC MEDICAL COMMENTS: |
|---|---|---|
| 7/24/04 | 0700 | Teleph. conversion R. Hale, PA / ANCHORAGE ON call staff / Medical - writer advised inmate status — Linda K. Monticello |
| 7/24/04 | 0657 L.E. | out — Linda K. Monticello |

DOC 0010

Exhibit F
page 3 of 3