Name: WALLACE, TROY A.   DOB: 10/8/72   OBSCIS#: 48954

DATE 04-57790

## ALASKA DOC MEDICAL GUIDELINE

## ALCOHOL WITHDRAWAL

**Subjective:** Time of Last Drink 07-19-04
Amount, duration, and frequency of alcohol consumed prior to incarceration CANNOT RECALL

Other meds taken NONE
Hx of diabetes ☐ hypertension ☐ seizures ☐ Other _____
Patient complains of:
☐ Nausea   ☐ Vomiting   ☐ Feelings of nervousness
☐ Headache   ☑ Tremors Where? Hands
☑ Visual Disturbances   ☐ Tactile Disturbances   ☐ Auditory Disturbances
☐ Oriented to day, place, person   ☑ Hallucinations

**Objective:** Vital Signs: BRAC ___ Temp 97.5  Pulse 137  Resp 20  B/P 160/104  Wt ___
Blood Sugar ___
Oriented x 3:  ☐ Alert   ☑ Hallucinating
Evidence of sweating:  ☐ Mild   ☐ Mod   ☑ Severe
Evidence of tremors:   ☐ mild   ☑ Mod   ☐ Severe
Irritability:          ☑ Mild   ☐ Mod   ☐ Severe
Diarrhea: Color/frequency ___
☐ Seizure: Description ___
Affect: ☐ Labile   ☑ Stable

**Assessment Decision:** Acute Alcohol Withdrawal
Dx: ___
Dx: ___

**Plan:** Place inmate on bottom bunk or on the floor. Repeat vital signs with each med. administration.

| DATE | | | | | | | DATE | 7/22 | 7/23 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | 1 | 2 | 3 | 4 | 5 | 6 | TIME | 1 | 2 | 3 | 4 | 5 | 6 |
| BP/PULSE | 160/109 | 119/84 | | | | | Thiamine 100 mg IM stat. | LM | | | | | |
| | 137 | 80 | | | | | Thiamine 100 mg PO q day for 4 days | | LM | | | | |

| DATE | | | | | | | | 7/22 | 7/23 | 7/24 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| Clorazepate 30 mg PO stat. | | | | | | | | LM | | | | | |
| Clorazepate 15 mg PO q 6 hours on day 1 | | | | | | | | | LM | | | | |
| Clorazepate 15 mg. PO q 8 hours on day 2. | | | | | | | | | | | | | |
| Clorazepate 15 mg PO q 8 hours on day 3. | | | | | | | | | | | | | |
| Clorazepate 15 mg PO q 12 hours on day 4. | | | | | | | | | | | | | |
| Clorazepate 15 mg at HS on day 5. | | | | | | | | | | | | | |
| Clorazepate 15 mg one dose PRN on day 1 and 2 in addition to doses prescribed above. | | | | | | | | | | | | | |

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| TIME | 1 | 2 | 3 | 4 | 5 | 6 |
| Clonidine 0.1 mg tid if pulse or diastolic blood pressure is above 100 for 5 days. | | | | | | |

Provider contacted: Dr. Meloche                                    07/22/04
                                              Name                      Time
Orders received: T.O. initiate CLORAZEPATE 15mg PROTOCOL

Exhibit H
page 1 of 1

Department of Corrections
MAC Approved 7/8/99