Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax     (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JULIA WALKER, individually and as
Personal Representative of the
ESTATE OF TROY WALLACE,

          Plaintiffs,

    vs.

DAVID D. HENDERSON, LAURI A.
MURRAY, WALTER T. RUD,
SHERRI L. DAVIS, EDWIN D.
IRIZARRY, LINDA MONTECILLO,
and ERNEST MELOCHE, M.D.,

          Defendants.

Case No. A05-176 CV  (RRB)

**AFFIDAVIT OF**
**MICHAEL L. LESSMEIER**

STATE OF ALASKA     )
                      ) SS
FIRST JUDICIAL DISTRICT  )

    I, Michael L. Lessmeier, having been duly sworn, hereby state as follows:

    1.    I am counsel for Dr. Meloche in the above-entitled case.

    2.    I was co-counsel for Dr. Meloche in the case of Huley v. Meloche (1KE-05-17CI Civil), a *pro se* case brought against Dr. Meloche by a former inmate at the Ketchikan Correctional Center. This case was tried to a jury in early October of 2006.

*Affidavit of Michael L. Lessmeier*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*

Exhibit I
page 1 of 2

LESSMEIER & WINTERS
LAWYERS · LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 · FACSIMILE (907) 796-4998

3.    A jury of twelve plus one alternate was selected in approximately two hours.  We had no difficulty finding qualified jurors.

FURTHER YOUR AFFIANT SAYETH NOT.

(Michael Lessmeier's notarized signature will be filed with the court upon his return to Juneau.)

_____    _____

Michael L. Lessmeier

SUBSCRIBED AND SWORN to before me this ____ day of November, 2006.

_____

Notary Public in and for Alaska
My Commission Expires: _____

The undersigned hereby certifies that on the 27th of November, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104

/S/
Michael L. Lessmeier
0034-078 Aff MLL.wpd

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

Exhibit I
Page 2 of 2

*Affidavit of Michael L. Lessmeier*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                    Page 2 of 2