Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**AFFIDAVIT OF**<br>**JENNIFER M. CHRISTENSEN** |

STATE OF ALASKA          )
                         ) SS
FIRST JUDICIAL DISTRICT  )

　　I, Jennifer M. Christensen, having been duly sworn, hereby state as follows:

　　1.　　I am an attorney admitted to practice law in the State of Alaska and employed by Lessmeier & Winters, LLC, counsel for Dr. Meloche in the above-entitled case.

　　2.　　On November 15, 2006, I called counsel for the State of Alaska to determine whether the correctional officers listed in Dr. Meloche's Witness List are still employed by the Ketchikan Correctional Center. I was advised by the State's

*Affidavit of Jennifer M. Christensen*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*　　　　　　　　　　　　　　　　　　　Page 1 of 2

Exhibit J
Page 1 of 2

attorney that all employees of the Ketchikan Correctional Center listed in Dr. Meloche's Witness List remain employed by the State of Alaska except for Lauri Murray, Ed Irizarry, James Campbell and Patrick Kassin. Mr. Campbell and Mr. Irizarry still have Ketchikan phone numbers. There is also a Ketchikan phone listing for an L. Murray, who we believe to be Lauri Murray.

3.  According to the State, Dr. Klingler is no longer employed by the State of Alaska and has moved to Philadelphia, PA.

FURTHER YOUR AFFIANT SAYETH NOT.

___11/27/06___          ___Jennifer M. Christensen___
Date                    Jennifer M. Christensen


SUBSCRIBED AND SWORN to before me this 27th day of November, 2006.

___Cheryl Funaro___
Notary Public in and for Alaska
My Commission Expires: 12-25-06

STATE OF ALASKA
OFFICIAL SEAL
Cheryl Funaro
NOTARY PUBLIC
My Commission Expires 12-25-06

The undersigned hereby certifies that on the 27th of November, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

/S/
Michael L. Lessmeier
0034-078 Aff JMC.wpd

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

*Affidavit of Jennifer M. Christensen*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                    Page 2 of 2