Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV  (RRB)<br><br>**ORDER** |

This matter having come before the Court on the Motion of Dr. Meloche to transfer this case to Ketchikan for purposes of trial, the Court having examined the documents on file herein and otherwise being fully advised,

IT IS HEREBY ORDERED that if this case proceeds to trial, the trial shall take place in Ketchikan, Alaska.

_11/28/06_
Date

_S/RRB_
Judge Ralph R. Beistline

0034-078 OrderTrial.wpd

*Order*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                              Page 1 of 2