Erik J. **Heipt**, *pro hac vice*
erik@budgeandheipt.com
Edwin S. **Budge**, *pro hac vice*
ed@budgeandheipt.com
**BUDGE & HEIPT, P.L.L.C.**
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, AND LINDA MONTECILLO, AND ERNEST MELOCHE, M.D., <br><br> Defendants. | NO. A05-0176 CV (RRB) <br><br> ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE <br> (Proposed) |

This matter came before the Court on Plaintiff's Motion in Limine.

The Court has considered the motion and materials filed in support thereof and in opposition thereto and orders that the motion is hereby granted as follows:

ORDER — 1

1. Defendant is precluded from introducing evidence of the settlement between plaintiff and the former defendants; and

2. Defendant is precluded from mentioning the fact that plaintiff's attorneys are not from the State of Alaska.

IT IS SO ORDERED.

DATED this ___ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
United States District Judge

Presented by:

BUDGE & HEIPT, P.L.L.C.

_____
Erik J. Heipt, *pro hac vice*
Edwin S. Budge, *pro hac vice*
Attorneys for Plaintiffs

ORDER — 2

The undersigned certifies that on the 15th day of December, 2006, the foregoing document was served via electronic service to the following attorney of record:

Michael Lessmeier
Lessmeier & Winters, LLC
3000 Vintage Blvd., Suite 100
Juneau, AK 99801

DATED this 15th day of December, 2006.

/s/
Erik J. Heipt, *pro hac vice*
Edwin S. Budge, *pro hac vice*

ORDER    3