Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>        Defendants. | Case No. A05-176 CV  (RRB)<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT ON 42 U.S.C. SEC. 1983 CLAIMS** |

      COMES NOW Defendant, Ernest Meloche, MD, by and through his attorneys of record, the law firm of Lessmeier & Winters LLC, and hereby moves for summary judgment on the Plaintiffs' 42 U.S.C. Sec. 1983 claims and to limit the Estate's damage claims to those allowed by applicable state law.  This motion is supported by the memorandum and exhibits filed concurrently.

      DATED this 15th day of December, 2006, at Juneau, Alaska.

                                            LESSMEIER & WINTERS

                                            Attorneys for Defendant Dr. Meloche

                                            By:____/S/_____
                                                Michael L. Lessmeier, AK Bar 7910082

*Motion for Partial Summary Judgment on 42 U.S.C. Sec. 1983 Claims*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                                                     Page 1 of  2

The undersigned hereby certifies that on the 15th of December, 2006, a copy of the foregoing document was electronically, served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104


_____/S/_____
0034-078 MotionMSJ.wpd

*Motion for Partial Summary Judgment on 42 U.S.C. Sec. 1983 Claims*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                                         Page 2 of  2