Criminal Remand Screening                State of Alaska - Department of Corrections

NAME: WALLACE, TROY A.      OB#: 489521      Date of Birth: 10/31/72   Facility: Ketchikan
DATE of Remand: 7/20/04

A. <u>Pre-Remand Screening</u> to be completed prior to accepting the remand:

1. Yes (No)   Evidence of serious injury or medical problem requiring immediate medical attention?
2. Yes (No)   Remand fails to respond to voice or touch (unconscious)?
3. Yes  No    BRAC more than 300 and remand has not been approved by DOC medical staff or telenurse?

BRAC: _____ (Should be done if remand appears substantially intoxicated unless section B below has been completed

If any answer to 1 – 3 is yes and section B (below) has not been completed, staff shall advise the remanding officer to take the remand to a responsible medical authority, such as an emergency room physician.

Pre-Remand screening completed by: Linda K Monfcillo N      Date: 7/21/04   Time: 1350

<u>External Assessment</u> by responsible medical authority (for medical assessment outside of D.O.C.)

The individual named above has been assessed at this facility and is medically appropriate for commitment to a correctional facility that may not have medical staff on duty.

_____      _____      Date: _____ Time: _____
Medical Facility              Medical provider's Signature

<u>Post-Remand Screening</u> to be completed by medical staff if on duty; if not, then by security staff immediately after accepting the remand (notify medical ASAP if any Yes answers). These 4 questions may be skipped if Health Care Screening is completed immediately.

1. Yes (No)   Does the remand have any obvious medical or mental problems that require medical attention?
2. Yes (No)   Does the remand report that he/she is on prescription medication that must be taken within the next several hours?
3. Yes (No)   Does the remand appear to have any serious communicable diseases?
4. Yes (No)   Does the remand have any thoughts of wanting to kill himself/herself? (If "Yes" take suicide precautions immediately)

Post-Remand Screening completed by: Linda K Monfcillo N      Date: 7/21/04   Time: 1350

PPD 7/21/04 @ 1350 (L) FA

Exhibit A
page 1 of 3

Criminal Remand Screening             State of Alaska - Department of Corrections

E  WALLACE, TROY A.    OB# 48952/

D.  Health Care Screening

Vital Signs: Blood Pressure: 132/96    Pulse: 87    Temperature: 98.2    Abnormal Breathing: _____

To be completed by medical personnel. Each issue must be addressed with every remand.

Resp Rate _____    O2 Sat: _____ (optional)    BRAC: _____ (if repeated)

- ☒ Conscious
- ☐ Unconscious
- ☐ Obvious pain
- ☐ Skin sores
- ☐ Nightsweats
- ☐ Recent use of Rx or Non-Rx drugs
- ☐ Influence of alcohol
- ☐ Swelling/Deformity
- ☐ Head injury
- ☐ Assaultive
- ☐ Vermin
- ☐ Blood in emesis
- ☐ Influence of drugs
- ☐ Bleeding
- ☐ Cough
- ☐ Hearing impaired
- ☐ Obvious infection
- ☐ Blood in stool
- ☐ Brought medications
- ☐ Signs of alcohol/drug withdrawal
- ☐ Hemoptysis
- ☐ Vision impaired
- ☐ Penile/Vaginal discharge
- ☐ Painful urination

History
- ☐ Asthma
- ☐ IV drug user
- ☒ Sex, opposite
- ☐ Hepatitis
- ☐ Hx positive TB Test
- ☐ Heart trouble
- ☐ LMP
- ☐ Seizures
- ☐ Bone/Joint trouble
- ☐ Sex with IVDU
- ☐ Sex, same
- ☐ Syphilis or gonorrhea
- ☐ Treated for TB
- ☐ High BP
- ☐ Women-Pelvic Pain
- ☐ Ulcer
- ☐ Diabetes
- ☐ HIV/AIDS
- ☒ Protection (specify) condom
- ☐ Medical diet
- ☒ Date and results of last PPD 2003
- ☐ Skin problems
- ☐ Pregnant
- ☐ Cancer
- ☒ Dental problems
- ☐ Wants HIV Test
- ☐ Multiple partners
- ☐ Hospitalized in past 30 days
- ☐ Arthritis
- ☐ Recent delivery
- ☐ Arthritis

Allergies: NKDA
Current Conditions: Stable

Medications/Dose: None

Private Physician(s): None
Alcohol/Drug Use Past Few Weeks: @ Remand 2 day ago

Withdrawal History: Alcohol w/drawal

Other Pertinent Information: Injuries, Accidents, Head Trauma, Observations, TB Symptoms, Comments:
Observe for DT

Exhibit A
page 2 of 3

PPD Given   ☒ Yes, applied to _____        ☐ No, explain reason: _____

## Criminal Remand Screening
### State of Alaska - Department of Corrections

Name: WALLACE, TROY A.     OB# 48954

| Category | Options | | |
|---|---|---|---|
| Appearance: | ☑ normal ☐ alcohol on breath ☐ poor hygiene ☐ dilated pupils ☐ disheveled | Speech: | ☑ normal rate and vol ☐ pressured ☐ slurred ☐ loud ☐ low volume ☐ mute |
| Attitude: | ☑ cooperative ☐ uncooperative ☐ suspicious or guarded ☐ hostile | Mood/Affect: | ☑ euthymic (normal) ☐ anxious ☐ angry/agitated ☐ elated/euphoric ☐ sad ☐ fearful |
| Motor Behavior: | ☑ normal ☐ lethargic ☐ unsteady gait ☐ tense/rigid ☐ tremulous | Cognitive: | ☑ oriented X 3 ☐ confused ☐ disoriented ☐ fluctuating levels of consciousness |

Thought Process: ☑ normal ☐ rambling/loose ☐ incoherent ☐ slow ☐ paranoid

Thought Content: ☑ appropriate ☐ delusional ☐ homicidal ☐ suicidal ☐ shame ☐ grandiose

Hallucinations: ☑ patient denies ☐ auditory ☐ visual ☐ smell ☐ tactile

### SUICIDE RISK SCREENING

|  | YES | NO |
|---|---|---|
| Has the Remand had suicidal ideation, threats, or significant self-destructive behavior within the past 24 hours? | ☐ | ☑ |
| Does the Remand want to kill him/herself now? (Current suicidal ideation.) | ☐ | ☑ |
| Is the Remand hearing voices urging self-harm? | ☐ | ☑ |
| Does the Remand have a history of suicide attempts? | ☐ | ☑ |
| Is the Remand convinced that his/her life situation is hopeless? Does the remand feel there is nothing to look forward to, that life is hopeless or that things will never get better? | ☐ | ☑ |
| Is the Remand extremely anxious, feeling desperate, or behaving in a destructive manner? | ☐ | ☑ |
| Has the criminal allegation and arrest produced extreme shame in this remand? | ☐ | ☑ |
| Is this the Remand's first time in jail or prison? | ☐ | ☑ |
| Is the Remand intoxicated or withdrawing from alcohol or other substances? | ☐ | ☐ |

[1-3 are usually definite indications of risk. A suicidal Remand who wants to conceal a plan to kill self will deny 1-3, but usually will have a number of indicators in 4-9.]

### ASSESSMENT AND INVENTION

Is this Remand a suicide risk? If YES, implement appropriate suicide precautions, complete form 807.20A, and refer to Mental Health or IHCO for follow-up evaluation.   ☐  ☐

Does this Remand require assessment by Mental Health Staff due to psychiatric history or symptoms? If YES, refer to Mental Health for further evaluation.   ☐  ☐

Is medical segregation medically necessary due to medical status (communicable disease, severe intoxication, delirium, or other medically unstable condition? If YES, notify shift supervisor (15 min observations).   ☐  ☐

Other Interventions: _____

Exhibit A
page 3 of 3

Screener's signature: Linda K. Monticello     Title: RN     Date/Time: 7/21/04 @ 1350
MD Review (if abnormal): _____     Date/Time: _____