| | O-Objective | A-Assessment | P-Plan |
|---|---|---|---|

WALLACE, TROY A.     # 489521     Date of Birth: 10/31/72

| DATE | TIME | KEC — MEDICAL COMMENTS |
|---|---|---|
| /04 | 1350 | Remand 01/20/04 to serve time. Denies hx ⊕ PPD – given Tubersol 0.1ml (L) F.A. ID ↑ p 48–72° Vs BP 132/86 mmHg; P-87/REG; R-20/easy; T-98.2°F concerned of alcohol withdrawal – noted fine hand tremor – denies any hallucination – assured will F/U PRN ↑ symptom. Advised ↑ fluids ————— Linda K. Montecillo RN |
| /04 | 1400 | Eval. for poss. DT – very sweaty – hand tremors voicing "things are moving on top of counter". BP 160/104 mmHg, P-137/tachy; R-20/easy taking ↓ Sence, offered water & drank, advised will F/U c Rx |
| | 1430 | Teleph. call to Dr. Meloche writer updating I/M's status – To initiate DT Protocol – CLORAZEPATE 15mg – THIAMINE 100 mg IM stat then THIAMINE 100mg po q D x 4 days. — To Dr. Meloche/LMontecillo RN |
| 2/04 | 1450 | Given – THIAMINE 100mg IM (L) deltoid muscle – tolerated procedure CLORAZEPATE 15mg II p.o. given, Monitor – F/U PRN — LMontecillo RN |
| 1/23/04 | 0610 | Observed in #224 – was informed by officer inmate refused to give breakfast tray to cellmate had placed on in Rm 224 |
| | 0700 | Inmate medicated hand tremors observed cooperative |
| | 0710 | Escorted to shower officer observing |
| | 0930 | I/M to exam room – diaphoretic – continues to hallucinate continues to be cooperative – VS – BP 115/84 mmHg; P-80/REGULAR R-20/easy; talks about just got a job. Offered water to inmate drank fluids ē hesitation. Officer Morley present |
| | 1410 | I/M observed sitting on bunk – writer advised inmate to rest Inmate nodding fixes blankets. Writer consults c SGT Ellis to make certain inmate eats dinner. PPD – 48° 00mm (L) F.A. UE. noted PPD log ————— Linda K. Morley |
| 4/04 | 0330 | To facility p teleph. report from Officer Murray, ambulance called p̄ evaluation of unresponsiveness |
| | 0440 | Telephone call to Dr. Meloche inmate expired ————— Linda K. Montecillo |

Exhibit B
page 1 of 2

| DATE | TIME | KCC-MEDICAL COMMENTS: |
|---|---|---|
| 7/24/04 | 0700 | Teleph. conversion R. Hale, PA / ANCHORAGE ON Call staff / Medical - writer advised inmate status — Linda K. Monteillo |
| 7/24/04 | L.E. 0657 | out — Linda K. Monteillo |

DOC 0010

Exhibit C
page 2 of 2