Name: WALLACE, TROY A.    DOB: 10/31/72    OBSCIS#: 48954
DATE
04-57790

## ALASKA DOC MEDICAL GUIDELINE

## ALCOHOL WITHDRAWAL

**Subjective:** Time of Last Drink 07-19-04
Amount, duration, and frequency of alcohol consumed prior to incarceration CANNOT RECALL

Other meds taken NONE
Hx of diabetes ☐ hypertension ☐ seizures ☐ Other ____
Patient complains of:
☐ Nausea      ☐ Vomiting      ☐ Feelings of nervousness
☐ Headache    ☒ Tremors Where? Hands
☒ Visual Disturbances    ☐ Tactile Disturbances    ☐ Auditory Disturbances
☐ Oriented to day, place, person    ☒ Hallucinations

**Objective:** Vital Signs: BRAC ___ Temp 97.5 Pulse 137 Resp 20 B/P 160/104 Wt ___
Blood Sugar ___
Oriented x 3:    ☐ Alert        ☒ Hallucinating
Evidence of sweating:    ☐ Mild    ☐ Mod    ☒ Severe
Evidence of tremors:     ☐ mild    ☒ Mod    ☐ Severe
Irritability:            ☒ Mild    ☐ Mod    ☐ Severe
Diarrhea: Color/frequency ___
☐ Seizure: Description ___
Affect: ☐ Labile    ☒ Stable

**Assessment Decision:** Acute Alcohol Withdrawal
Dx: ___
Dx: ___

**Plan:** Place inmate on bottom bunk or on the floor. Repeat vital signs with each med. administration.

| DATE | | | | | | | DATE | 7/22 | 7/23 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | 1 | 2 | 3 | 4 | 5 | 6 | TIME | 1 | 2 | 3 | 4 | 5 | 6 |
| BP/PULSE | 160/109 | 115/84 | | | | | Thiamine 100 mg IM stat. | LM | | | | | |
| | 137 80 | | | | | | Thiamine 100 mg PO q day for 4 days | | LM | | | | |

| | DATE | 7/22 | 7/23 | 7/24 | | | |
|---|---|---|---|---|---|---|---|
| | TIME | 1 | 2 | 3 | 4 | 5 | 6 |
| Clorazepate 30 mg PO stat. | | LM | | | | | |
| Clorazepate 15 mg PO q 6 hours on day 1 | | | LM | | | | |
| Clorazepate 15 mg. PO q 8 hours on day 2. | | | | | | | |
| Clorazepate 15 mg PO q 8 hours on day 3. | | | | | | | |
| Clorazepate 15 mg PO q 12 hours on day 4. | | | | | | | |
| Clorazepate 15 mg at HS on day 5. | | | | | | | |
| Clorazepate 15 mg one dose PRN on day 1 and 2 in addition to doses prescribed above. | | | | | | | |

| | DATE | | | | | | |
|---|---|---|---|---|---|---|---|
| | TIME | 1 | 2 | 3 | 4 | 5 | 6 |
| Clonidine 0.1 mg tid if pulse or diastolic blood pressure is above 100 for 5 days. | | | | | | | |

Provider contacted: Dr. Meloche                07/22/04
                    Name                        Time
Orders received: To initiate CLORAZEPATE 15mg PROTOCOL

Exhibit D
page 1 of 3

*Department of Corrections*
*MAC Approved 7/8/99*

STATE OF ALASKA                                           DEPARTMENT OF CORRECTIONS

## MEDICATION ADMINISTERING CHART           Year 2004

| Name + OBSCIS# | D.O.B. | INSTITUTION: | ALLERGIES |
|---|---|---|---|
| WALLACE, TROY A.   #489521 | 10/31/72 | Ketchikan Corr. Center | NKDA |

Self-Medication (SM-ML) is documented by the Officer writing an "S" in the appropriate block for each dose. Refused doses are to be circled.

### SIGNATURE INITIAL SECTION

All persons initialing as administering medications on this sheet (front or back) must enter their initials below (signature and printed name). Enter both first and last names as well as title.

| | | Linda K. Monteillo LN / LMonteillo | LM |
|---|---|---|---|

---

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

CLORAZEPATE 15mg: take 2 tablets now

| TIME-JULY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | X | X | Lm | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | 1430 | | | | | | | | | |

---

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

CLORAZEPATE 15mg: take one tablet every 6 Hours   DAY #1

| TIME-JULY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | | | | | | | | | | | | | | | | | | | | | X | S | X | X | | | | | | | |
| 2300 | | | | | | | | | | | | | | | | | | | | | X | Q | X | X | | | | | | | |

---

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

CLORAZEPATE 15mg: take one tablet every 8 Hours   DAY #2 & DAY #3

| TIME-JULY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | | | | | | | | | | | | | | | | | | | | | | X | X | Lm | X | | | | | | | |
| 1200 | | | | | | | | | | | | | | | | | | | | | | X | X | Lm | X | | | | | | | |
| 2100 | | | | | | | | | | | | | | | | | | | | | | X | X | S | X | | | | | | | |

---

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

CLORAZEPATE 15mg: take one tablet ever 12 Hours   DAY #4

| TIME-JULY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0700 | | | | | | | | | | | | | | | | | | | | | | | | X | X | | | | | | | |
| 2100 | | | | | | | | | | | | | | | | | | | | | | | | X | X | | | | | | | |

Department of Corrections form #807.05A
Rev. 1/10/01

Exhibit D
page 2 of 3

| Name + OBSCIS# | D.O.B. | INST | ALLERGIES |
|---|---|---|---|
| WALLACE, TROY A  89521 | 10/31/72 | 12H Yan Corr. Lindakiroto Center | NKDA |

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

LORAZEPATE 15mg: take one tablet @ bedtime   DAY #5

| TIME JULY 21 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | X | X | | X | X | | | | |

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

THIAMINE 100mg: IM stat

| TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | IM | | | | | | | | | |

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY: Dr. Meloche 7/22/04

Vit. B-1 100mg: take one tablet daily    x 4 days

| TIME JULY 0700 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | X | X | CM | | | | X | X | | | | |

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY:

ENTER PRESCRIPTION, DATE OF PRESCRIPTION, STOP DATE, FREQUENCY, and AUTHORIZED BY:

| ITEM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD-SUGAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit D
page 3 of 3