Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>    Defendants. | Case No. A05-176 CV (RRB)<br><br>**AFFIDAVIT OF<br>DR. JAMES THOMPSON** |

STATE OF ALASKA          )
                         ) SS
FIRST JUDICIAL DISTRICT  )

I, Dr. James Thompson, having been duly sworn, hereby state as follows:

1. I am licensed to practice medicine in the State of Alaska and have been practicing emergency medicine full time at the Bartlett Regional Hospital in Juneau since 1986. For the last 20 years I have been the contract physician for the Lemon Creek Correctional Center in Juneau, a facility operated by the State of Alaska Department of Corrections.

2. I have reviewed various material in this case, including the deposition of Linda Montecillo and all exhibits to that deposition. I have specifically reviewed the

*Affidavit of Dr. James Thompson*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                              Page 1 of 3


Exhibit E
Page 1 of 3

Criminal Remand Screening for Mr. Wallace, Mrs. Montecillo's progress notes, and the alcohol withdrawal protocol he was on. I am quite familiar with this protocol, as it is a protocol I have used at Lemon Creek for many years. In addition, I have reviewed Dr. Meloche's affidavit.

3. In my opinion, it was reasonable and within the standard of care for Dr. Meloche to implement the treatment plan he ordered for Mr. Wallace given Mr. Wallace's age, condition and lack of any other identified health problems. It does not appear to me that Mr. Wallace was in delirium tremens when Dr. Meloche was called, or even the following day when Mrs. Montecillo was at the facility.

4. In my opinion, it was also reasonable and within the standard of care for Dr. Meloche to expect that he would be called, as he requested, if Mr. Wallace did not respond to the protocol or if his condition deteriorated.

5. Mr. Wallace was in a monitored cell for a purpose and that purpose here was so the correctional officers could observe and report his condition as necessary. Even at the much larger correctional facility in Juneau, a registered nurse is not on site for 24 hours per day, but is on call for 24 hours per day. It is standard practice to rely on the correctional officers to report unusual behavior to the on call nurse, who then calls the physician as necessary.

6. I have placed many inmates on this protocol over the years. The vast majority of alcohol withdrawal patients do well when managed with the Department of Corrections withdrawal protocol as written, without additional intervention. I would have expected Mr. Wallace to do well on this protocol for the reasons stated in paragraph 3 above and would have expected to be notified immediately if he did not.

FURTHER YOUR AFFIANT SAYETH NOT.

*Affidavit of Dr. James Thompson*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                                      Page 2 of 3

Exhibit E
Page 2 of 3

_Dec 13, 2006_
Date

_James W. Thompson_
James Thompson, M.D.

SUBSCRIBED AND SWORN to before me this 13th day of December, 2006.

STATE OF ALASKA
OFFICIAL SEAL
Cheryl Funaro
NOTARY PUBLIC
My Commission Expires 12-25-06

_Cheryl Funaro_
Notary Public in and for Alaska
My Commission Expires: 12-25-06

The undersigned hereby certifies that on the ___ of December, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

/s/ Michael L. Lessmeier
0034-078 Aff JT.wpd

Exhibit E
page 3 of 3

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

*Affidavit of Dr. James Thompson*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                                          Page 3 of 3