Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**AFFIDAVIT OF**<br>**DR. ELLIOTT NIPOMNICK** |

STATE OF CALIFORNIA      )
                                              ) SS
COUNTY OF  MARIN        )

　　I, Dr. Elliott Nipomnick, having been duly sworn, hereby state as follows:

　　1.　I have been practicing emergency medicine since 1979. I have been board certified in emergency medicine since 1985. I was re-certified in 1994 and again in 2004. For 10 years I was the Medical Director for a county correctional center in Crescent City, California.

　　2.　I have reviewed various material in this case, including the deposition of Linda Montecillo and all exhibits to that deposition. I have specifically reviewed the Criminal Remand Screening for Mr. Wallace, Mrs. Montecillo's

Exhibit  F
page  1  of 3

*Affidavit of Dr. Elliott Nipomnick*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*　　　　　　　　　　　　　　　　　　　*Page 1* of 3

progress notes, and the alcohol withdrawal protocol he was on. I have used similar treatment plans over the years. In addition, I have reviewed Dr. Meloche's affidavit.

3. In my opinion, it was reasonable and within the standard of care for Dr. Meloche to implement the treatment plan he ordered for Mr. Wallace given Mr. Wallace's age, condition and lack of any other identified health problems. I do not believe Mr. Wallace was in delirium tremens when Dr. Meloche was called. Nor do I believe he was in delirium tremens the following day when Mrs. Montecillo was at the facility.

4. In my opinion, it was also reasonable and within the standard of care for Dr. Meloche to expect that he would be called, as he requested, if Mr. Wallace did not respond to the protocol or if his condition deteriorated.

5. Mr. Wallace was in a monitored cell so the correctional officers could observe and report his condition as necessary. Many smaller correctional facilities do not have 24 hour on site nursing coverage and it is standard practice in such facilities to rely on the correctional officers to report unusual behavior to the on call nurse or on call physician.

6. I have placed many inmates on similar protocols over the years and followed them through the course of their withdrawal. In my experience, the vast majority do well, with little or no alteration of the medication regimen. I too would have expected Mr. Wallace to do well on this alcohol withdrawal protocol for the reasons stated in paragraph 3 above. In fact, Mr. Wallace initially did improve in response to this protocol and I would have expected that improvement to continue. At the very least, I would have been expected to be notified if it did not. I would not have thought there was any significant risk of serious harm to Mr. Wallace given his age, health, the alcohol protocol he was placed on and the monitored setting he was in.

*Affidavit of Dr. Elliott Nipomnick*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                                                                 *Page 2* of 3

Exhibit F
page 2 of 3

FURTHER YOUR AFFIANT SAYETH NOT.

_12-14-2006_
Date

_Elliott Nipomnick, M.D._

SUBSCRIBED AND SWORN to before me this 14th day of December, 2006.

ROBERT ALLAN JACOBSON
Commission # 1610332
Notary Public - California
Marin County
My Comm. Expires Oct 1, 2009

Notary Public in and for California
My Commission Expires: 10/01/09

The undersigned hereby certifies that on the ___ of December, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

/s/ Michael L. Lessmeier
0034-078 AffEN.doc

*Affidavit of Dr. Elliott Nipomnick*
*Walker, Estate of Wallace v. Henderson et al.*

Exhibit F
page 3 of 3