Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska   99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**ORDER** |

　　　This matter having come before the Court on Defendant Ernest Meloche, MD's Motion for Summary Judgment on the Plaintiffs' 42 U.S.C. Sec. 1983 claims, and the Court being fully advised;

　　　IT IS HEREBY ORDERED that summary judgment is granted.  The Plaintiffs' 42 U.S.C. Sec. 1983 claims are hereby dismissed with prejudice.  The Estate's damage claims are limited to those items of damage allowed by A.S. 09.55.570 and 580(a).

_____　　　_____
Date　　　　　　　　　　　　　　　　　　　Judge Ralph R. Beistline

The undersigned hereby certifies that on the 15th of December, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

_____/S/_____
0034-078 OrderMSJ.wpd