Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV (RRB)<br><br>**AFFIDAVIT OF**<br>**GREGORY W. LESSMEIER** |

STATE OF ALASKA        )
                       ) SS
FIRST JUDICIAL DISTRICT )

I, Gregory W. Lessmeier, having been duly sworn, hereby states as follows:

1.  I am partner counsel for Dr. Meloche in the above-entitled case.

2.  I certify that Exhibit A, Exhibit B and Exhibit D filed with the Court concurrently with Defendant Ernest Meloche's Motion for Partial Summary Judgment on 42 U.S.C. Sec. 1983 Claims are true and accurate copies of documents received from the State of Alaska.

FURTHER YOUR AFFIANT SAYETH NOT.

*Affidavit of Gregory W. Lessmeier*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                                    Page 1 of 2

_12/15/6_                         _Gregory W. Lessmeier_ (signature)
Date                                               Gregory W. Lessmeier

SUBSCRIBED AND SWORN to before me this 15th day of December, 2006.

_Cheryl Funaro_ (signature)
Notary Public in and for Alaska
My Commission Expires: 12-25-06

[STATE OF ALASKA OFFICIAL SEAL — Cheryl Funaro, NOTARY PUBLIC, My Commission Expires 12-25-06]

The undersigned hereby certifies that on the 15th of November, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705 2nd Avenue, #910
Seattle, WA 98104

/S/
Michael L. Lessmeier
0034-078 Aff GWL.wpd

LESSMEIER & WINTERS
LAWYERS - LLC
VINTAGE BUSINESS PARK
3000 VINTAGE BOULEVARD, SUITE 100
JUNEAU, ALASKA 99801
TELEPHONE (907) 796-4999 • FACSIMILE (907) 796-4998

*Affidavit of Gregory W. Lessmeier*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                  Page 2 of 2