Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
PH: 907-796-4999 FX: 907-796-4998
l-w@gci.net
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV (RRB)<br><br>**STIPULATION FOR EXTENSION OF TIME** |

COME NOW the parties, by and through their attorneys, and hereby stipulate and agree that Dr. Meloche may have until Friday, January 5, 2007, to file any opposition to the Plaintiff's motion *in limine* filed on December 15, 2006. The parties further stipulate that the Plaintiffs may have until January 5, 2007, to file their opposition to Dr. Meloche's Motion for Summary Judgment.

DATED this 19th day of December, 2006, at Juneau, Alaska.

        LESSMEIER & WINTERS
        Attorneys for Defendant Dr. Meloche
        By: /S/ Michael L. Lessmeier, AK Bar 7910082

DATED this 19 day of Dec., 2006, at Seattle, Washington

        BUDGE & HEIPT
        Attorneys for Plaintiffs
        By: _____
        Edwin Budge, WA Bar 24182 (per tel. auth.)

0034-078 StipExtTime.wpd

*Stipulation for Extension of Time*
*Estate Wallace v. Henderson et al.; Case No. A05-176 CV (RRB)*  Page 1 of 1