Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>    Defendants. | Case No. A05-176 CV (RRB)<br><br>**ORDER** |

   This matter having come before the Court on the parties' Stipulation for Extension of Time, and the Court being fully advised;

   IT IS HEREBY ORDERED that Defendant Ernest Meloche, MD, may have until Friday, January 5, 2007, to file any opposition to the Plaintiff's motion *in limine* filed on December 15, 2006.  IT IS FURTHER ORDERED that the Plaintiffs may have until January 5, 2007, to file their opposition to Dr. Meloche's Motion for Summary Judgment.

_____  _____
Date                 Judge Ralph R. Beistline

*Order*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                   Page 1 of  2

The undersigned hereby certifies that on the 19th of December, 2006, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104

_____/S/_____
0034-078 OrderExtTime.wpd