Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV  (RRB)<br><br>**ORDER** |

This matter having come before the Court on the parties' Stipulation for Extension of Time, and the Court being fully advised;

IT IS HEREBY ORDERED that Defendant Ernest Meloche, MD, may have until Friday, January 5, 2007, to file any opposition to the Plaintiff's motion *in limine* filed on December 15, 2006. IT IS FURTHER ORDERED that the Plaintiffs may have until January 5, 2007, to file their opposition to Dr. Meloche's Motion for Summary Judgment.

_12/20/06_
Date

_S/ RRB_
Judge Ralph R. Beistline

*Order*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                                      Page 1 of 2