**Erik J. Heipt**, *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge**, *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO AND ERNEST MELOCHE, M.D. <br><br> Defendants. | NO. A05-0176 CV (RRB) <br><br> DECLARATION OF WERNER U. SPITZ, M.D. |

WERNER U. SPITZ, M.D. declares as follows:

DECLARATION OF
WERNER U. SPITZ, M.D.                    1

1. I have been designated by the plaintiff as an expert witness in the above-entitled action.

2. On May 15, 2006 I issued an expert report, a true and correct copy of which is attached hereto as Exhibit A. I incorporate herein, as my testimony under oath, all of the statements and opinions contained in the attached report. If called as an expert witness at trial I will testify under oath as to the matters set forth in the attached report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this **26** day of December, 2006 at **23001 Greater Mack St. Clair Shores, Michigan 48080**

Werner U. Spitz, M.D.

DECLARATION OF
WERNER U. SPITZ, M.D.                           2

# WERNER U. SPITZ, M.D.

*Forensic Pathology and Toxicology*
23001 Greater Mack
St. Clair Shores, Michigan 48080

Phone: (586) 776-2060 ■ Fax: (586) 776-8722

Diane L. Lucke, B.S.
Administrative Assistant/Office Manager

E-mail: wuspitz@aol.com

May 15, 2006

Edwin S. Budge, Esq.
Budge & Heipt
705 Second Avenue, Suite 910
Seattle, WA 98104

Re:   Troy A. Wallace, deceased
      Our File No: 5377

VIA FAX (206) 621-7323 and US MAIL

Dear Mr. Budge:

Pursuant to your request I reviewed:

- Various files and records related to Troy Wallace's incarceration.

- The autopsy report prepared by the Office of the State Medical Examiner.

- A videotape showing Mr. Wallace in his cell.

On July 20, 2004, Troy Wallace, a 32 year old male, had checked himself into the jail. He had been a heavy drinker for some time.

Jail records indicate that Wallace had been shaking severely at the time he was admitted and that he stated that he was withdrawing from alcohol. Wallace's alcohol withdrawal was later confirmed by the facilities' medical staff.

On July 21st through 23rd, Wallace's records make reference to severe shaking, hand tremors and profuse sweating and hallucinations (DTs). In the afternoon and evening of July 23rd, corrections officers observed Mr. Wallace climbing on the bunk, scratching the walls and doors and walking around the cell like he was trying to find something and stuffing something into his mouth. His cell and clothes smelled of urine. His clothes were removed, leaving him in underwear only and the cell was moped. He was reported to have fallen a number of times. The video suggests convulsions.

At 1:12 a.m., Wallace's movements cease and he remained motionless and awkwardly positioned on the floor of his cell until the end of the video. At approximately 3:00 a.m. corrections officers found Wallace unresponsive, cold to the touch, stiff and mottled, still lying on the floor. Paramedics determined that he had died and he was pronounced dead at 3:23 a.m.

Edward Budge, Esq.
Re: Troy A. Wallace, deceased
May 15, 2006
Page two

The following are my opinions regarding the cause of Mr. Wallace's death, how he died and other relevant areas, in answer to your inquiries.

All my opinions are rendered to a reasonable degree of medical probability.

- Mr. Wallace died of alcohol withdrawal syndrome, known as delirium tremens. Mr. Wallace's history of excessive alcohol consumption, his symptoms during the relatively short period of his incarceration, the shaking, tremor, profuse sweating, hallucinations, restlessness and compulsive behavior and the findings at his autopsy clearly confirm this determination. DTs usually begin 48 to 72 hours after alcohol withdrawal along with anxiety attacks, increasing confusion, poor sleep accompanied by frightening dreams or nocturnal illusions, marked sweating and profound depression.

- Mr. Wallace was observed to have become motionless, awkwardly positioned on the floor at 1:12 a.m., and was found, still on the floor, apparently in the same position, almost two hours later, without vital signs, with evidence of rigor and livor mortis and cold to the touch, indicating that he most probably died at 1:12 a.m. or shortly thereafter. Rigor and livor mortis and cooling of the body all begin at death but take time to become observable.

- Wallace's stomach was almost empty at the time of autopsy. His stomach contents are described by the pathologist as consisting of "20-25 mL of tan fluid." The stomach is never entirely empty and his stomach contents suggest a small amount of gastric secretions, possibly mixed with bile and certainly no evidence of any food in the process of digestion. The findings suggest many hours had passed since consumption of any sold or liquid food.

- Mr. Wallace experienced conscious physical pain from involuntary muscle contractions, causing tremors, shaking and convulsions and intense mental turmoil from hallucinations, anxiety attacks and vivid frightening dreams, coupled with fear of impending doom, as he witnessed the gradually approaching termination of his life.

- Mr. Wallace was 32 years old at the time of his death. It is my opinion, that heart disease, specifically, ischemic, i.e., arteriosclerotic coronary artery disease did not cause or contribute to his death. I firmly believe that timely medical treatment of his alcohol problem would have been life saving and would have allowed Mr. Wallace a normal, average and unabridged life expectancy.

I trust this answers your inquiry.

Sincerely yours,

Werner U. Spitz, M.D.

WUS:dll
dk:budg051506 cor.wpd