Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska   99801
Phone  (907) 796-4999
Fax     (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D., <br><br> Defendants. | Case No. A05-176 CV  (RRB) <br><br> **ORDER RE PLAINTIFF'S MOTION IN LIMINE** |

This matter having come before the Court on the Plaintiff's Motion in Limine, the Court having examined the documents on file herein and otherwise being fully advised,

IT IS HEREBY ORDERED that neither party or the counsel shall mention in front of the jury the fact that the Plaintiff's counsel is from outside Alaska.  The request of Plaintiff to preclude evidence of her settlement with the State of Alaska and its employees is denied, as there are allowable purposes for the use of this evidence and such evidence is admissible for such purposes.  Evidence of settlement shall not be used to argue the liability for, invalidity of, or amount of the Plaintiff's claim.

_____          _____
Date                                                     Judge Ralph R. Beistline

*Order*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                      Page 1 of  2

The undersigned hereby certifies that on the 5th of January, 2007, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104

_____/S/_____
0034-078 OrderInLimine.wpd

*Order*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                    Page 2 of  2