Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska   99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

COMES NOW Defendant Ernest Meloche, M.D., by and through his attorneys, and hereby moves for a one-day extension of time in which to file his Reply to Plaintiff's Opposition to Motion for Summary Judgment.  By Defendant Meloche's calculation, this Reply is due Tuesday, January 16.  A one-day extension of time would extend the due date to Wednesday, January 17.  Plaintiffs' counsel has indicated Plaintiffs do not oppose this one-day extension.

DATED this 12th day of January, 2007, at Juneau, Alaska.

　　　　　　　　　　　　LESSMEIER & WINTERS
　　　　　　　　　　　　Attorneys for Defendant Dr. Meloche
　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　Michael L. Lessmeier, AK Bar 7910082

*Unopposed Motion for Extension of Time*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*　　　　　　　　　　　　　Page 1 of  2

The undersigned hereby certifies that on the 12th of January, 2007, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104

  /S/ Michael L. Lessmeier
0034-078 MotionExtTime.wpd

*Unopposed Motion for Extension of Time*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV  (RRB)*                                            Page 2 of  2