Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska  99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>　　　　　Defendants. | Case No. A05-176 CV  (RRB)<br><br>**ORDER** |

　　　This matter having come before the Court on Defendant Meloche's Unopposed Motion for Extension of Time, and the Court being fully advised;

　　　IT IS HEREBY ORDERED that Defendant Ernest Meloche, MD, may have until Wednesday, January 17, 2007, to file his Reply to Plaintiff's Opposition to Motion for Summary Judgment.

_____　　　_____
Date　　　　　　　　　　　　　　　　　　Judge Ralph R. Beistline

The undersigned hereby certifies that on the 12th of January, 2007, a copy of the foregoing document was electronically served to the following attorneys of record:

Edwin S. Budge, Esq.
Budge & Heipt, PLLC
705  2nd Avenue, #910
Seattle, WA  98104

_____/S/_____
0034-078 OrderExtTime2.wpd