Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax     (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV (RRB)<br><br>**ORDER** |

This matter having come before the Court on Defendant Meloche's Unopposed Motion for Extension of Time, and the Court being fully advised;

IT IS HEREBY ORDERED that Defendant Ernest Meloche, MD, may have until Wednesday, January 17, 2007, to file his Reply to Plaintiff's Opposition to Motion for Summary Judgment.

__1/12/07__  
Date

__S/RRB__  
Judge Ralph R. Beistline

*Order*
*Walker, Estate of Wallace v. Henderson et al.;*
*Case No. A05-176 CV (RRB)*                                                                Page 1 of 2