**Erik J. Heipt,** *pro hac vice*
erik@budgeandheipt.com
**Edwin S. Budge,** *pro hac vice*
ed@budgeandheipt.com
BUDGE & HEIPT, P.L.L.C.
705 Second Ave., Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Facsimile: 206-621-7323

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE, <br><br>  Plaintiffs,<br><br> v.<br><br> DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, AND LINDA MONTECILLO, AND ERNEST MELOCHE, M.D.,<br><br>  Defendants. | ) ) NO. A05-0176 CV (RRB)<br> ) <br> ) <br> ) ORDER ON PLAINTIFF'S MOTIONS IN<br> ) LIMINE<br> ) <br> ) (~~Proposed Revised Order~~)<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This matter came before the Court on Plaintiff's Motions in Limine.

The Court has considered the motions and materials filed in support thereof and in opposition thereto and orders that the motions are hereby granted as follows:

ORDER                                  1

1. Counsel shall not refer to opposing counsel's out-of-state or geographic status.

2. Evidence of the terms of the settlement between plaintiff and the prior defendants is hereby excluded.

3. Evidence of the fact of the settlement between plaintiff and the prior defendants is hereby excluded, without prejudice.

4. If a party wishes the Court to inform the jury that claims against the prior defendants have been resolved, that party shall proposed an instruction to that effect, which shall be considered by the Court and ruled on in due course.

DATED this 16 day of January, 2007.

/s/ RRB
The Honorable Ralph R. Beistline
United States District Judge

ORDER                                     2