**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JULIA WALKER, individually
and as personal representative
of the ESTATE OF TROY WALLACE,
    Plaintiff,

Case Number 3:05-CV-00176-RRB

v.

DAVID D. HENDERSON; LAURI A
MURRAY; WALTER D. RUD; SHERRI
L. DAVIS; EDWIN D. IRIZARRY;
LINDA MONTECILLO; and ERNEST
MELOCHE, M.D.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

__XX__ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant, Ernest Meloche recover of the plaintiff, Julia Walker his costs of action.

APPROVED:

_____
s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: February 5, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                            __IDA ROMACK__
                                  Ida Romack, Clerk of Court

[305-cv-176-RRB- Proposed Judgment.wpd]{JMT2.WPT*Rev.3/03}