Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
PH: 907-796-4999 FX: 907-796-4998
l-w@gci.net
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV (RRB)<br><br>**STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their attorneys, and hereby stipulate to the dismissal of all claims that have been or could be brought in the above-entitled case with prejudice, each party to bear their own costs and attorneys fees.

DATED this 12th day of February, 2007, at Juneau, Alaska.

LESSMEIER & WINTERS
Attorneys for Defendant Dr. Meloche

By: _____
Michael L. Lessmeier, AK Bar 7910082

DATED this 23 day of February, 2007, at Seattle, Washington

BUDGE & HEIPT
Attorneys for Plaintiffs

By: _____
Edwin Budge, WA Bar 24182

0034-078 StipDismiss.wpd

*Stipulation for Dismissal With Prejudice*
*Estate Wallace v. Henderson et al.; Case No. A05-176 CV (RRB)*     Page 1 of 1