Michael L. Lessmeier, AK Bar #7910082
LESSMEIER & WINTERS LLC
3000 Vintage Blvd., Suite 100
Juneau, Alaska 99801
Phone (907) 796-4999
Fax    (907) 796-4998
Attorneys for Defendant Ernest Meloche, MD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIA WALKER, individually and as Personal Representative of the ESTATE OF TROY WALLACE,<br><br>Plaintiffs,<br>vs.<br><br>DAVID D. HENDERSON, LAURI A. MURRAY, WALTER T. RUD, SHERRI L. DAVIS, EDWIN D. IRIZARRY, LINDA MONTECILLO, and ERNEST MELOCHE, M.D.,<br><br>Defendants. | Case No. A05-176 CV (RRB)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the Stipulation for Dismissal With Prejudge by the parties, the Court having examined the documents on file herein and otherwise being fully advised,

IT IS HEREBY ORDERED that all claims that have been or could be brought in the above-entitled matter are dismissed with prejudice, each party to bear their own costs and attorneys fees.

2/27/07
Date

s/RRB
Judge Ralph R. Beistline

Approved as to form and substance:

Michael L. Lessmeier, AK Bar 7910082

Edwin Budge, WA Bar 24182

0034-078 JudgmentDismisswpd.wpd

*Judgment of Dismissal With Prejudice*
*Walker, Estate of Wallace v. Henderson et al.; Case No. A05-176 CV (RRB)  Page 1 of 1*